Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**Kazerouni Law Group, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
Telephone: (619) 233-7770
Fax: (619) 297-1022

*Attorneys for Plaintiff*
Matthew Fernandes

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Dalton, Arthur Catalano, and Matthew Fernandes individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Anovos Productions, LLC; Disney Lucasfilm Ltd.; NBCUniversal Media, LLC; and CBS Studios, Inc.<br><br>Defendants. | Case No: 2:19-cv-04821-MWF-KS<br><br>**DECLARATION OF MATTHEW FERNANDES PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)** |

I, Matthew Fernandes, declare as follows:

1. I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information and belief, which I believe to be true.

2. I am over the age of eighteen, a citizen of California, and one of the named Plaintiffs in the litigation described in the caption page of this declaration.

3. This declaration is made pursuant to California Civil Code section 1780(d).

4. I reside in Stockton, California.

5. I believe that Defendant NBCUniversal Media, LLC is a Delaware corporation with its headquarters located in Universal City, California, within this judicial district.

6. I believe that Defendant CBS Studios, Inc. is a Delaware Corporation, registered to conduct business in California. Defendant CBS Studios, Inc. regularly and continuously conducts business in the State of California. Its principal business office in California is located in Hollywood, California, within the County of Los Angeles.

7. I believe that Defendant Disney Lucasfilm Ltd. is a California limited liability company, located in San Francisco, California that regularly and continuously conducts business within this judicial district.

8. I believe that Defendant Anovos Productions, LLC is a Delaware Corporation headquartered in McAllen, Texas, systematically and continuously conducting its business nationwide, including Los Angeles, California. Additionally, Anovos Productions, LLC's primary registered California office is located in Simi Valley.

9. Many of the acts and transactions giving rise to the violations described within this lawsuit occurred in the County of Los Angeles, State of

KAZEROUNI LAW GROUP, APC
San Diego, California

California.

10. Therefore, the Central District of California is the proper place for trial of this action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Date: 10/17/2019

By: _____
Matthew Fernandes