UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Dalton, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**Anovos Productions, LLC, et al.,**<br><br>  Defendants. | **CASE NO. 2:19-cv-04821-MWF-KS**<br><br>**ORDER GRANTING THE STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** |

Based upon the parties' joint Stipulation and good cause, this Court hereby orders that the deadline for Defendants to respond to the second amended complaint is continued by two weeks. Defendants may file a response on or before November 12, 2019.

IT IS SO ORDERED.

Dated: October 28, 2019      _____
                             MICHAEL W. FITZGERALD
                             United States District Judge