**KAZEROUNI LAW GROUP, APC**
Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones,** individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Anovos Productions, LLC; Disney Lucasfilm Ltd.; NBCUniversal Media, LLC; and CBS Studios, Inc.**<br><br>Defendants. | Case No: 2:19-CV-04821-MWF-KS<br><br>**STIPULATION ALLOWING PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT**<br><br>**HON. MICHAEL W. FITZGERALD** |

1  Plaintiffs RICHARD DALTON, ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, and RANDOLPH JONES ("Plaintiffs), and Defendants ANOVOS PRODUCTIONS, LLC ("Anovos"), DISNEY LUCASFILM, LTD ("Disney"), NBCUniversal Media, LLC ("NBC") and CBS Studios, Inc. stipulate to allow Plaintiffs to file a Third Amended Complaint.

WHEREAS, Mr. Dalton originally filed his class action complaint on June 3, 2019, against the named Defendants (Dkt. 1);

WHEREAS, On August 5, 2019, Mr. Dalton amended his complaint and Mr. Catalano and Mr. Fernandes joined him in pursuit of their claims against the Defendants (Dkt 27);

WHEREAS, Defendants then jointly filed a motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(6), which Messrs. Dalton, Catalano and Fernandes timely opposed (dkt. 32);

WHEREAS, on September 30, 2019, this Court issued an order granting in part and denying in part Defendants' motion to dismiss, and allowing Plaintiffs Dalton, Catalano and Fernandes to file a Second Amended Complaint (dkt. 36).

WHEREAS, at the time of the second amendment, Messrs. Jones, Joseph and Alonso joined this action as Plaintiffs;

WHEREAS, Defendants, after reviewing the Second Amended Complaint contended Plaintiffs' exceeded the scope of amendment by bringing new parties and asserting new causes of actions;

WHEREAS the parties discussed Defendants' intended motion to strike and Plaintiffs also discussed their intent to dismiss without prejudice claims against CBS and NBC, and also dismiss Mr. Dalton's claims against all Defendants (also without prejudice);

WHEREAS, Plaintiffs' counsel, in effort to avoid unnecessary motion practice, agreed to stipulate with Defendants to allow Plaintiffs' filing of a Third

KAZEROUNI LAW GROUP, APC
2221 CAMINO DEL RIO SOUTH SUITE 101
SAN DIEGO, CA 92108

Amended Complaint;

WHEREAS, a copy of Plaintiffs' proposed Third Amended Complaint was circulated to Defense counsel, which is attached hereto as **Exhibit "A;"**

WHEREAS, Defendants conferred and in an effort to avoid wasting judicial resources, agreed to stipulate to Plaintiffs' filing of the Third Amended Complaint;

WHEREAS, the parties agreed Plaintiffs' filing of the Third Amended Complaint shall occur within seven days of the Court's Order;

WHEREAS, Plaintiffs anticipate dismissing without prejudice claims against CBS and NBC, as well as dismissing without prejudice Mr. Dalton's claims against all Defendants prior to filing their Third Amended Complaint.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record:

1. Plaintiffs should be granted leave to file their Third Amended Complaint, a copy of which is attached hereto as Exhibit "A;" and
2. Defendant's response to Plaintiffs' Third Amended Complaint shall be due twenty-one (21) days after the Third Amended Complaint is filed.

**KAZEROUNI LAW GROUP, APC**

Date: November 12, 2019         By: */s/ Yana A. Hart*
                                     Yana A. Hart, Esq.
                                     *Attorneys for Plaintiffs*

**ROME & ASSOCIATES, APC**

Date: November 12, 2019         By: */s/ Sridavi Ganesan*
                                     Sridavi Ganesan Esq.
                                     *Attorneys for Defendants*

## E-FILING SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Sridavi Ganesan, counsel for Defendants and that I have obtained Ms. Ganesan's authorization to affix her electronic signature to this document.

**KAZEROUNI LAW GROUP, APC**

Date: November 12, 2019    By: /s/ Yana A. Hart
    Yana A. Hart, Esq.
    *Attorneys for Plaintiff*