1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones,** individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>**Anovos Productions, LLC; Disney Lucasfilm Ltd.; NBCUniversal Media, LLC; and CBS Studios, Inc.**<br><br>        Defendants. | **CASE NO. 2:19-cv-04821-MWF-KS**<br><br>**[PROPOSED] ORDER GRANTING THE STIPULATION ALLOWING PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT**<br><br>**HON. MICHAEL W. FITZGERALD** |

Based upon the parties' joint stipulation and good cause, this Court hereby grants Plaintiffs' leave to amend. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1) Plaintiffs are given leave to file their Third Amended Complaint that is attached as Exhibit A to the parties' joint stipulation;

2) Plaintiffs' Third Amended Complaint shall be filed within seven (7) days of this Order; and,

3) Defendants may respond to this amended pleading within twenty-one (21) days thereafter.

IT IS SO ORDERED.

Dated: November 12, 2019

_____
Hon. Michael W. Fitzgerald
United States District Judge