Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**Kazerouni Law Group, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Fax: (619) 297-1022

*Attorneys for Plaintiffs*
Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones**, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Anovos Productions, LLC; Disney Lucasfilm Ltd.; NBCUniversal Media, LLC; and CBS Studios, Inc.**,<br><br>Defendants. | Case No.: 2:19-cv-04821-MWF-KS<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS NBCUNIVERSAL MEDIA, LLC, CBS STUDIOS, INC. AND PLAINTIFF RICHARD DALTON, ONLY, WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(II)**<br><br>HON. MICHAEL W. FITZGERALD |

///

///

Plaintiffs, RICHARD DALTON, ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO and RANDOLPH JONES, (hereinafter "Plaintiffs") and Defendants ANOVOS PRODUCTIONS, LLC, DISNEY LUCASFILM LTD., NBCUNIVERSAL MEDIA, LLC, and CBS STUDIOS, INC. (hereinafter "Defendants") (all jointly hereinafter referred to as "the Parties") hereby stipulate to the following pursuant to Fed. R. Civ. P 41(a)(1)(ii):

(1) Dismissal of Defendants NBCUniversal Media, LLC and CBS Studios, Inc. by Plaintiffs without prejudice; and

(2) Dismissal by Plaintiff Richard Dalton *only* against all Defendants without prejudice.

WHEREFORE, the Parties respectfully request that this court dismiss Defendants NBCUniversal Media, LLC and CBS Studios, Inc. from this action without prejudice, and dismiss Plaintiff Richard Dalton's claims against all Defendants from the above-entitled action without prejudice.

Dated: November 14, 2019  **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
Yana Hart, Esq.
*Attorney for Plaintiffs*

Dated: November 14, 2019  **ROME & ASSOCIATES, APC**

By: s/ Sridavi Ganesan
Sridavi Ganesan, Esq.
*Attorney for Defendants*

///

///

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sridavi Ganesan, counsel for the Defendants, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: November 14, 2019                    **KAZEROUNI LAW GROUP, APC**

                                           By:  s/ Yana A. Hart
                                                Yana Hart, Esq.
                                                *Attorney for Plaintiffs*