1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, and RANDOLPH JONES, individually and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>ANOVOS PRODUCTIONS, LLC; and DISNEY LUCASFILM, LTD.,<br><br>     Defendants. | Case No. 2:19-cv-04821- MWF(KSx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THIRDAMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Date:  January 27, 2020<br>Time:  10:00 a.m.<br>Ctrm:  5A<br>Judge:  Hon. Michael W. Fitzgerald<br><br>Complaint filed: June 3, 2019 |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

1   Before the Court is Defendants Anovos Productions, LLC and Lucasfilm Ltd.

2   LLC's (erroneously sued as "Disney Lucasfilm, Ltd.") (collectively, "Defendants")

3   Motion to Dismiss Third Amended Complaint Pursuant to Federal Rules of Civil

4   Procedure 12(b)(6). Having fully considered all papers filed on this matter, the oral

5   arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that

6   Defendants' Motion is GRANTED.

7   Accordingly, pursuant to Fed. R. Civ. P. 12(b) (6), the Court hereby ORDERS

8   that:

9   (1)   All causes of action against Lucasfilm LTD LLC; and

10  (2)   The first, second, seventh, eight, and ninth causes of action against

11        Anovos for fraud, breach of contract, violation of California Civil Code

12        § 1750, et seq., negligent misrepresentation, and intentional

13        misrepresentation as alleged in the Third Amended Complaint filed by

14        Plaintiffs Arthur Catalano, Matthew Fernandes, Andre Joseph,

15        Alexander Alonso, and Randolph Jones, being brought on behalf of a

16        nationwide class and a California, Washington, New York and Florida

17        subclass, are DISMISSED with prejudice.

18

19  **IT IS SO ORDERED:**

20

21

22  _____                    _____

23  Date                                Honorable Michael W. Fitzgerald

24

25

26

27

28

[PROPOSED] ORDER