**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (SBN: 232780)
erome@romeandassociates.com
Sridavi Ganesan (SBN 216129)
sganesan@romeandassociates.com
Brianna Dahlberg (SBN 280711)
bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:  310-282-0690
Facsimile:   310-282-0691

Attorneys for Defendants
ANOVOS PRODUCTIONS, LLC; and LUCASFILM LTD. LLC (erroneously sued as DISNEY LUCASFILM, LTD.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, and RANDOLPH JONES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANOVOS PRODUCTIONS, LLC; and DISNEY LUCASFILM, LTD.,<br><br>Defendants. | Case No. 2:19-cv-04821- MWF(KSx)<br><br>**NOTICE OF ERRATA RE MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Date:  January 27, 2020<br>Time:  10:00 a.m.<br>Ctrm:  5A<br>Judge:  Hon. Michael W. Fitzgerald<br><br>Complaint filed:  June 3, 2019<br>TAC filed: November 18, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** that on December 9, 2019, Defendants Anovos Productions, LLC and Lucasfilm Ltd. LLC (erroneously sued as "Disney Lucasfilm, Ltd.") (collectively, "Defendants") filed a Notice of Motion and Motion to Dismiss Third Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion").  Defendants inadvertently filed their Motion with an incorrect footer.  Plaintiffs have corrected this error and other formatting and non-substantive issues, and have attached the corrected version of the Motion hereto as Exhibit "A".

DATED:  December 10, 2019         **ROME & ASSOCIATES, A.P.C.**

By:  *s/ Sridavi Ganesan*
Eugene Rome
Sridavi Ganesan
Brianna Dahlberg
Attorneys for Defendants
ANOVOS PRODUCTIONS, LLC;
and LUCASFILM LTD. LLC