**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Ave., Ste. D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
2221 Camino Del Rio, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiffs
*Arthur Catalano, Matthew Fernandes,*
*Andre Joseph, Alexander Alonso, and Randolph Jones*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, and RANDOLPH JONES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANOVOS PRODUCTIONS, LLC; and DISNEY LUCAS FILM, LTD.,<br><br>Defendants. | Case No.: 2:19-cv- 04821-MWF (KSx)<br><br>**PLAINTIFFS' REQUEST TO INCORPORATE BY REFERENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date:    January 27, 2020<br>Time:   10:00a.m.<br>Ctrm:   5A<br>**Judge: Hon. Michael Fitzgerald** |

**TO ALL PARTIES AND THEIR ATTORNYS OF RECORD:**

Pursuant to Federal Rule of Evidence 201(b), Plaintiffs Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones ("Plaintiffs") request the Court incorporate by reference: a webpage from Defendant Anovos Productions, LLC's ("Anovos") website located at https://www.anovos.com/blogs/news/meeting-expectations-a-letter-from-anovos-to-our-customers, captured on December 19, 2019. A true and correct printout of this webpage is attached to the declaration of Yana A. Hart and incorporated herein as Exhibit A.

The Court may incorporate by reference documents outside the pleadings if a plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claims. *Davis v. HSBC Bank Nevada, N.A.*, 691 F.3d 1152, 1159-60 (9th Cir. 2012); *In re Syntex Corp. Sec. Litig.*, 95 F.3d 922, 926 (9th Cir. 1996) ("When deciding a motion to dismiss, a court may consider the complaint and documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading."). A court may consider certain materials such as documents incorporated by reference in the complaint without converting a motion to dismiss into a motion for summary judgment. *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

Incorporation by reference of Exhibit A is appropriate because the webpage is generally referenced throughout the third amended complaint, and Plaintiffs' claims are premised on the webpage. Plaintiffs alleged Anovos sent emails with blog related pages and Plaintiffs relied on deceptive emails containing links to blogs such as the one provided as Exhibit A. Further, because the webpage derives directly from Anovos' website, its contents should not be subject to any reasonable dispute by Anovos.

Therefore, Plaintiffs respectfully request the Court incorporate by reference the contents of Exhibit A.

| | |
|---|---|
| Date: December 30, 2019 | Respectfully submitted, |
| | **Kazerouni Law Group, APC** |
| | By: *s/ Yana A. Hart* |
| | Yana A. Hart, Esq. |
| | *Attorneys for Plaintiffs* |

**KAZOURONI LAW GROUP, APC**
**2221 CAMINO DEL RIO SOUTH SUITE 101**
**SAN DIEGO, CA 92108**

**REQUEST TO INCORPORATE BY REFERENCE**   2