1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, and RANDOLPH JONES, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANOVOS PRODUCTIONS, LLC; and DISNEY LUCAS FILM LTD.,<br><br>Defendants. | CASE NO. 2:19-CV-04821-MWF-KS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO INCORPORATE BY REFERENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT** |

Based upon Plaintiffs' Request to Incorporate by Reference in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Third Amended Complaint, it is hereby ordered that Plaintiffs' request is **granted**. The Court shall consider the contents of Exhibit A in its decision on Defendants' Motion to Dismiss Third Amended Complaint [docket entry 47].

**IT IS SO ORDERED.**

Dated: _____                    _____

**HON. MICHAEL W. FITZGERALD**
UNITED STATES DISTRICT JUDGE