**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Ave., Ste. D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
2221 Camino Del Rio, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiffs
*Arthur Catalano, Matthew Fernandes,*
*Andre Joseph, Alexander Alonso, and Randolph Jones*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, and RANDOLPH JONES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANOVOS PRODUCTIONS, LLC; and DISNEY LUCAS FILM, LTD.,<br><br>Defendants. | Case No.: 2:19-cv- 04821-MWF (KSx)<br><br>**DECLARATION OF YANA A. HART IN SUPPORT OF PLAINTIFFS' REQUEST TO INCORPORATE BY REFERENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>**Date:   January 27, 2020**<br>**Time:   10:00a.m.**<br>**Ctrm:  5A**<br>**Judge: Hon. Michael Fitzgerald** |

**DECLARATION OF YANA A. HART**

# **DECLRATION OF YANA A. HART**

I, Yana A. Hart, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney duly licensed to practice law in the State of California in both federal and state Courts.

2. I am an associate attorney with the law firm Kazerouni Law Group, APC, and one of the attorneys for Plaintiffs Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones in the above captioned matter.

3. I am over the age of 18 and am fully competent to make this declaration.

4. I have personal knowledge of the information contained in this declaration, and if called upon as a witness, I could and would competently testify thereto, except as to those matters, which are explicitly set forth as based upon my information and belief, and as to such matters, I am informed and believe that they are true and correct.

5. Attached hereto as **Exhibit A** is a true and correct copy of a webpage from Anovos' website located at https://www.anovos.com/blogs/news/meeting-expectations-a-letter-from-anovos-to-our-customers, captured on December 19, 2019.

6. I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on December 30, 2019 in San Diego, California.

Date: December 30, 2019

Respectfully submitted,

**Kazerouni Law Group, APC**

By: *s/ Yana A. Hart*
Yana A. Hart, Esq.
*Attorneys for Plaintiffs*