# Exhibit A



Account login →

Cart : 0 items  $ 0.00 USD

Checkout →

Search →

| Shop | Support |

Search

FAQ  +

Newsletter

Behind the Scenes Blog

About Us

BLOG   >   MEETING EXPECTATIONS:   ← Prev   |   Next →
A LETTER FROM ANOVOS TO OUR CUSTOMERS

# Meeting Expectations: A Letter from ANOVOS To Our Customers

To our customers,

At ANOVOS, we strive to make high quality products and deliver them in a timely manner. Our founding principle was to create costumes and props that would set the "gold standard" in production quality replicas. However, we realize that we have not effectively met the delivery expectations of our customers, and we would like to sincerely apologize for any frustration this may have caused.

Our goal is always to improve all aspects of our company, and we are aware of the delays in production, refunds, and in-stock shipments. We, too, consider these delays unacceptable and hear your concerns.

Over the next few days we will be communicating how ANOVOS plans to change in order to serve our customers and community better. It is our hope that these necessary changes in both process and transparency will restore your trust and faith in us as a valued customer.

Thank you for your support and patience.

Customer Support

Sizing & Measuring Instructions

Instructions and Downloads

Press

Privacy Policy

Terms & Conditions

Subscribe to our Newsletter

*Enter your email address…*   →

Copyright ©2010-2019 ANOVOS Productions

Disney / Lucasfilm Ltd. licensed products are shipped in North America and select International locales by the laws, treaties or regulations of the United States of America, including without limitation, any local or State rules, laws and/or regulations.

NBC Universal and CBS Studios Inc., licensed products are shipped Internationally by the laws, treaties or regulations of the United States of America, including without limitation, any local or State rules, laws and/or regulations.

For optimal viewing please use the current versions of Safari, Internet Explorer, Chrome, or Firefox.

POS and Ecommerce by Shopify

Joe Salcedo, CEO ANOVOS Productions LLC

Dana Gasser, COO ANOVOS Productions LLC

---

Anovos Productions LLC         April 05, 2019

0 tags (show)

Share this:    Tweet    Like 537

## Comments

  Richard Nelson said:

Excellent! Hope you get it all sorted as the stuff you do produce is fraking awesome…

  Phil UK said:

Quality product – get delivery right would be brilliant

  John said:

I appreciate this note of acknowledgement as it is the first time it has come from who should have been speaking directly to us prior to this moment. I would like to hold you to your phrase above, "few days," and perhaps see information regarding the

imminent, successful, and satisfying delivery of what I ordered over three years ago. In expectation of a "gold standard" costume I twice made plans with friends and family that in the end both disappointed friends and family and left me feeling used. Please stay in almost constant contact with all of us until we are made whole.



Robert said:

Your product is fantastic. All the rest, as you know, desperately needs to catch up. I hope you find the solution.



Ross Clark said:

Keep up the good work with the replica items.

Im hopefull that i will be able to get some gear from you soon.



Johnathan Corrales said:

Any experienced cosplayer can tell you to allow for extra time to tweak your gear before your event, so we're used to budgeting our time. Thank you for the heads up! Some things in life are well worth the wait.



Sheldon said:

Quality on the items I've received is aces. But sadly … I've had

multiple disappointments with shipping and delays. Due to the last few delays, I chose to find alternatives. I'm thrilled that a focus on delivery has made its way up to a priority.



Don Coon said:

I just received my neck seal. Sure it was a long wait, but the quality is worth it.
Once you figure out shorter purchase to delivery times, nobody will be able to surpass what you offer.



Omar said:

Good to hear! :)
Looking forward to your updates!



Jack Marshall said:

You guys are terrific! Thanks for updating us. What you do is invaluable to the fan community. Keep it up.



Gavin said:

Very good news! I've avoided pre-orders (as tempting as they've been) because I've heard of unfulfilled pre-orders pushing 3 years of waiting. Hopefully soon that will change! Very exciting!



Jeff said:

Its nice to see ownership in shortcomings.



Michael Aguera said:

Thanks for the update and double thanks for taking responsibility to improve delivery schedules. I'm looking forward to what you put in place.



Laura L Salazar said:

I know the quality of your products is well known. I just want my order.



Allan UK said:

My friends have shown me the fantastic quality costumes that you produce and this is why I placed my orders. I'm sure the wait will be worthwhile. Just impatient to see the quality product!



Alan C. Huffines said:

I'm a fan and owner of your products. Please don't go away.



Deanne said:

I would love to have the product and not a refund. My frustrations come from the lack of communication and the communication I did receive never came true and only when I reached out again did I get another date that would come and go. Just poor customer service. I will await your next direction email before I consider buying more products. I have 2 products now and have been waiting over a year for the next 2 items. Please make this happen.



Jeremy Burke said:

I've got two orders pushing three years, so I've avoided ordering anything else… which is a bummer because your products are amazing! I look forward to receiving my orders and seeing your improvements going forward.



oscar varela said:

AMAZING!!! LET'S DO THIS!!!!



James Rutherford said:

That sounds great I just wish you would update your shipping so I could get your awesome stuff shipped to my country.



Rob said:

I'll be waiting to see how this plays out, but I'm glad to hear an acknowledgement of the problem finally. I ordered armor from Anovos and although the wait was long it was only pushed back slightly from the original projection. However, there have been lots of products since I've wanted to order but have not done so because of everything I have been seeing online about the state of delivering, including things supposedly "in stock and ready for shipping". Once I see faster production and delivery times I will gladly order in the future. I want to support the company because the quality is great. Good luck…



Michael Richey said:

Thank you! I've never Been let down or disappointed with anything you guys have done. Keep up the great work, really appreciate open communication and want to make sure you know you guys (and girls) are awesome! Keep up the great work!



Denis Desforges said:

Your stuff is great. I just wish that when your in stock items are on sale that the ones I want aren't for U.S. only. I'm in Canada.

Howard said:

Case 2:19-cv-04821-MWF-KS Document 52-1 Filed 12/30/19 Page 9 of 17 Page ID #:635



This is a step in the right direction. I have an order that I've been waiting 3 years for and seeing either no communication or promises made that have come and gone over and over. I also have another "in stock" order that's now taking a while. I think your products are excellent and also want to see them delivered and not just refunded my money. Hoping you guys can make real changes. Constant communication, transparency, and honesty are key.



Paul Szklennik said:

Thank you for addressing these issues directly to us, the customer. I look forward to seeing how you will improve your process lifecycle, delivery times, and transparency. I also want to thank your CS team who have been on the front lines, and have always been patient and answered all my concerns. May the force be with you! 😀



Steve said:

I echo what others said regarding quality. However, not notice states that you shipping hasn't met customer expectations. I think the issue is that it hasn't met your stated lead times, from which our expectations stem. I look forward to seeing shipping improvements, but a realistic published lead time would will bring you halfway there.



Sidney Okamoto said:

Never had a problem with my star trek and star wars items. Quality is top notch. Please don't sacrifice the quality of the products for faster service.



Richard Yamada said:

Being one of your first customers and getting most of my stuff. I can see where the company will be going and that taking responsibility to correct these problems will go a long way towards restoring this company's reputation.



Brad Cormack said:

Also glad to hear that you are addressing the shipping concerns of your customers. I was a frustrated customer that ordered an 'In Stock" item and had to wait weeks before shipment. I was, however, very happy with the product!



Gary said:

I'm looking forward to the announcements. However keep in mind that many people won't be satisfied until there is a better track record of delivering products in a reasonable amount of time. Multiple year waits are not reasonable.

The communications about the design of the recently announced products have been great.

Better communication of the status of products in production would be appreciated. At this time we have no idea how long it will be before a product is delivered because many of them get delayed multiple times. The estimated delivery range on the product page doesn't mean much because of those delays.

I have been happy with all of the products I have received.



Barry Rice said:

I'm looking forward to getting the beautiful stuff I've ordered!



Edward OConnor said:

Thank you. I look forward to hearing more.



Yvon Boudreau said:

I'm not overly worried. My delivery has a range of April to June, anyhow. I'm patient. Just, please, do not forget me. :)

Jeff Semler said:

Keep up the top notch quality! Thank you for

Case 2:19-cv-04821-MWF-KS   Document 52-1   Filed 12/30/19   Page 12 of 17   Page ID #:638



working on the rest of it!



Jonathan Walker said:

Glad to see this message. It's long over due. I echo the same comments others have said. I also feel that the product is excellent. There were many times I wanted to preorder an item, but due to lack of delivery or waiting forever to get an item (3 years is not uncommon), it wasn't worth the risk. If you guys can get your costumer service issues under control, I think the possibilities are endless. Contact with your costumers will go a long way. Thanks again.



Jake said:

The stuff you make is second to none. I'm more than willing to be patient in support.



Scott said:

As someone who has at least 6 fairly long backorders…. all I ask for is regular communication and transparency about the delays. I am understanding but I don't have unlimited disposable income but I love the products when I get them.

Thanks for the update and please keep the

communication lines open.



David P. said:

Please remember that communication IS critical and that WE (the customers) are the heart of your business.



Stuart said:

Hey, we are on your side, we want what you want, the best available !! Thank you for your faith in us the fans / customers. We are very excited to order more from you once we have our backorders. Dont give in to the banks they don't understand us !!



Timothy Thompson said:

I am looking forward to these updates. I have ordered so many items and I'm still waiting for them all. I have some of the items I have ordered and used them at Comic-Cons. I love the look and feel of these costumes. I can't wait till the rest of the items I ordered get to me. You guys have such great quality items.



Dennis said:

Thank you for acknowledging this. To be honest, this is what has held

me back from ordering more. Once the helmet is finally shipped and things improve, I would be glad to consider more purchases. Best of luck.



Barrie said:

I would like to echo all the positive comments here. I hope you find a way to maintain the high quality but also improve comms and speed up the delivery process. Thanks for the honesty.



Paul Close said:

Just growing pains Mates! Keep up the great work.



Rob said:

Thank you for speaking out on this issue. As stated by others communication to your customers is key.



Bryan said:

Good to see this. I, like many have an order pushing 3 years. I'm ok with delays when you're trying to get things right. That said, you should really consider a monthly status report to customers just to keep us in the loop. Delays happen. Communication is key to keep your customers.



ANDY said:

FINALLY! Thank you for coming out with that letter. Can't help but still feel skeptical about it. You will need to work hard to earn back my trust but my loyalty still stands with you on your products. I just want to hear updates from you weekly on the status of my orders. I order things from other sites and I never had such experiences from them. I just hope your words are sincere this time.



Sorpigal said:

I don't mind delays I just don't like silence. More communication is always good.



Trent said:

Very happy to hear this. I have been waiting for an order for almost 2 years. I am happy to wait for a quality product, but more transparency and frequent updates would eb greatly appreciated.
Thank you



Brenton Thomas said:

I understand that some orders may take time and that is fine, considering the size of some of these items. If you are looking to improve your service that is

great but i can tell you i am not dissatisfied with your service at all!!!

If things are delayed and we get updates as to how long or what the delay is that is ok because at least you have taken the time to let your valued customers know what is going on and that is a rare thing these days.



SithPop said:

I am glad you guys are willing to look at the distribution issues which have unfortunately become synonymous with ordering from Anovos. From personal experience I was delivered quick shipping on an entire kit, with only one issue. I reached out to your customer service team the day I received my kit and the issue was immediately resolved. I guess I got lucky… according to some people. Anyway, there's always room for improvement and keep up the good work. T. in Atlanta



Victor said:

please,please, send your products to Mexico, we love them.



Kenneth Stevens said:

Have loved everything i have gotten from you. Especially my Black Imperial Officers uniform but have been waiting because of delays for the First Order Imperial Officer hat. Delays seem to be a norm. I

Meeting Expectations: A Letter from ANOVOS to our Customers
Case 2:19-cv-04821-MWF-KS Document 52-1 Filed 12/30/19 Page 17 of 17 Page ID #:643
12/30/19, 11:09 AM

also have an order for Kirks jacket and hope when it comes around, it doesnt wind up being delayed.

## Leave a comment

Please note: comments must be approved before they are published.

Name *

Email *

Comment *

**POST COMMENT**