## JUDGE MICHAEL W. FITZGERALD
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:19-cv-04821 |
|---|---|
| Case Name | Dalton et al. v. Anovos Productions, LLC, et al. |

| Matter | Plaintiff(s)' Date mo/day/year | Defendant(s)' Date mo/day/year | Court Order |
|---|---|---|---|
| [✓] Jury Trial  or  [ ] Court Trial **(Tuesday at 8:30 a.m.)**  Duration Estimate: 7 Days | Same | March 2, 2021 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* **(Monday at 11:00 a.m. -- three (3) weeks before trial date)**  Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | Same | February 8, 2021 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo/day/year | Defendant(s)' Date mo/day/year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | April 30, 2020 | March 15, 2020 | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | Same | September 7, 2020 | |
| Expert Disclosure (Initial) | | Same | September 14, 2020 | |
| Expert Disclosure (Rebuttal) | | Same | October 5, 2020 | |
| Expert Discovery Cut-Off | 14 * | Same | October 19, 2020 | |
| Last Date to *Hear* Motions (**Monday at 10:00 a.m.**) | 14 | Same | November 23, 2020 | |
| Last Date to Conduct Settlement Conference | 12 | Same | December 7, 2020 | |
| For Jury Trial<br>♦ File Memorandum of Contentions of Fact and Law, LR 16-4<br>♦ File Exhibit and Witness Lists, LR 16-5.6<br>♦ File Status Report Regarding Settlement<br>♦ File Motions *In Limine* | 6 | Same | January 25, 2020 | |
| For Jury Trial<br>♦ Lodge Pretrial Conference Order, LR 16-7<br>♦ File Agreed Set of Jury Instructions and Verdict Forms<br>♦ File Statement Regarding Disputed Instructions, Verdicts, etc.<br>♦ File Oppositions to Motions *In LImine* | 5 | Same | January 25, 2021 | |
| For Court Trial<br>♦ Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | Same | February 8, 2021 | |

\* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

☐ Attorney Settlement Officer Panel    ☒ Private Mediation    ☒ Magistrate Judge (with Court approval)

**EXHIBIT A**