1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (SBN: 232780)
erome@romeandassociates.com
Sridavi Ganesan (SBN 216129)
sganesan@romeandassociates.com
Brianna Dahlberg (SBN 280711)
bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: 310-282-0690
Facsimile: 310-282-0691

Attorneys for Defendant
ANOVOS PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, and RANDOLPH JONES, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>ANOVOS PRODUCTIONS, LLC; and DISNEY LUCASFILM, LTD.,<br><br>    Defendants. | Case No. 2:19-cv-04821- MWF(KSx)<br><br>**DEFENDANT ANOVOS PRODUCTIONS, LLC'S ANSWER TO THIRD AMENDED COMPLAINT**<br><br><br>Complaint filed: June 3, 2019<br>TAC filed: November 18, 2019 |

# ANSWER

Defendant Anovos Productions, LLC ("Anovos") responds to the Third Amended Complaint ("TAC") filed by Plaintiffs Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones, (collectively, "Plaintiffs") as follows:

## INTRODUCTION

1.      Anovos denies that it or Disney Lucasfilm Ltd ("Lucasfilm") engaged in illegal actions in connection with the marketing and sale of licensed produced, but otherwise admit the allegations in paragraph 1 of the TAC.

2.      Anovos admits that Plaintiffs have brought a complaint for damages, but the deny the remaining allegations of paragraph 2 of the TAC.

3.      Anovos lacks sufficient knowledge and information to admit or deny the allegations in paragraph 3 of the TAC, and on that basis denies the allegations of that paragraph.

4.      Anovos denies the allegations in paragraph 4 of the TAC.

5.      Anovos admits the allegations in paragraph 5 of the TAC.

6.      Anovos admits the allegations in paragraph 6 of the TAC.

7.      Anovos denies the allegations in paragraph 7 of the TAC.

8.      Anovos denies the allegations in paragraph 8 of the TAC.

9.      The allegations in paragraph 9 relate to a definition for which no response is required.

### Jurisdiction & Venue

10.      The allegations in paragraph 10 of the TAC are legal conclusions for which no response is required.  To the extent a response is required, Anovos denies these allegations.

11.      Anovos admits that Plaintiffs are seeking a refund for moneys paid, but deny the remaining allegations in paragraph 11 of the TAC.

12.     The allegations in paragraph 12 of the TAC are legal conclusions for which no response is required.  To the extent a response is required, Anovos denies these allegations.

13.     Anovos admits the allegations in paragraph 13 of the TAC.

14.     Anovos denies committing any violation of law.  The remaining allegations in paragraph 14 of the TAC are legal conclusions for which no response is required.  To the extent a response is required, Anovos denies these allegations.

**Parties & Definitions**

15.     Anovos denies that Mr. Catalano's products were undelivered or that he requested a refund.  Anovos lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 15 of the TAC, and on that basis denies those allegations.

16.     Anovos denies that Mr. Fernandes did not receive a refund.  Anovos lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 16 of the TAC, and on that basis denies those allegations.

17.     Anovos denies that Mr. Joseph's products were undelivered or that he requested a refund.  Anovos lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 17 of the TAC, and on that basis denies those allegations.

18.     Anovos denies that Mr. Alonso requested a refund.  Anovos lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 18 of the TAC, and on that basis denies those allegations.

19.     Anovos denies that Mr. Jones requested a refund.  Anovos lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 19 of the TAC, and on that basis denies those allegations.

20.     Anovos lacks sufficient knowledge and information to admit or deny the allegations in paragraph 20 of the TAC, and on that basis denies those allegations.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

1    21.    Anovos admits the allegations in paragraph 21 of the TAC.

2    22.    Anovos denies that it is an agent and authorized representative of

3  Lucasfilm.  Anovos admits that it promotes sells products containing Disney's

4  trademarks in the United States through social media and its website.  Anovos lacks

5  sufficient knowledge to admit or deny the remaining allegations in the TAC, and on

6  that basis denies those allegations.

7    23.    Anovos admits the allegations in paragraph 23 of the TAC.

8    24.    Anovos admits the allegations in paragraph 24 of the TAC.

9    25.    Anovos denies the allegations in paragraph 25 of the TAC.

10                        **Factual Allegations**

11    26.    Anovos denies that it charged Plaintiffs thousands of dollars, but admits

12  the remaining allegations in paragraph 26 of the TAC.

13    27.    Anovos denies the allegations in paragraph 27 of the TAC.

14                          <u>Anovos Products</u>

15    28.    Anovos admits the allegations in paragraph 28 of the TAC.

16    29.    Anovos lacks sufficient knowledge and information to admit or deny

17  the allegations in paragraph 29 of the TAC, and on that basis denies those

18  allegations.

19    30.    Anovos lacks sufficient knowledge and information to admit or deny

20  the allegations in paragraph 30 of the TAC, and on that basis denies those

21  allegations.

22    31.    Anovos lacks sufficient knowledge and information to admit or deny

23  the allegations in paragraph 31 of the TAC, and on that basis denies those

24  allegations.

25    32.    Anovos lacks sufficient knowledge and information to admit or deny

26  the allegations in paragraph 32 of the TAC, and on that basis denies those

27  allegations.

28

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED
COMPLAINT

33.   Anovos lacks sufficient knowledge and information to admit or deny the allegations in paragraph 33 of the TAC, and on that basis denies those allegations.

34.   Anovos lacks sufficient knowledge and information to admit or deny the allegations in paragraph 34 of the TAC, and on that basis denies those allegations.

35.   Anovos lacks sufficient knowledge and information to admit or deny the allegations in paragraph 35 of the TAC, and on that basis denies those allegations.

36.   Anovos lacks sufficient knowledge and information to admit or deny the allegations in paragraph 36 of the TAC, and on that basis denies those allegations.

37.   Anovos lacks sufficient knowledge and information to admit or deny the allegations in paragraph 37 of the TAC, and on that basis denies those allegations.

38.   Anovos admits the allegations in paragraph 38 of the TAC.

39.   Anovos admits that some of its products are "limited in production". Anovos lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 39 of the TAC, and on that basis denies those allegations.

40.   Anovos admits the allegations in paragraph 40 of the TAC.

41.   Anovos denies the allegations in paragraph 41 of the TAC.

42.   Anovos denies the allegations in paragraph 42 of the TAC.

43.   Anovos denies that procedure described in paragraph 43 is representative for all products Anovos' customers would purchase.

(a)   Anovos admits the allegations in paragraph 43(a) of the TAC.

(b)   Anovos denies that the delivery estimates were always a range of three months, but otherwise admits the allegations in paragraph 43(b) of the TAC.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

(c)     Anovos denies that all products advertised had an updates page link, but otherwise admits the allegations in paragraph 43(c) of the TAC.

44.     The allegations concerning the quoted portions of Anovos' website do not require a response as the webpage speaks for itself.  Anovos denies the remaining allegations in paragraph 44 of the TAC.

45.     Anovos denies that it made any false representations.  The remaining allegations of paragraph 45 of the TAC concerning the quoted portions of Anovos' webpage do not require a response as the website speaks for itself.

46.     Anovos denies that the Kylo Ren costume has the same delivery stages since 2016, but otherwise admit the allegations in paragraph 46 of the TAC.

47.     The allegations concerning the screenshot portions of Anovos' website do not require a response as the webpage speaks for itself.  Anovos otherwise admits the allegations in paragraph 47 of the TAC.

48.     The allegations in paragraph 48 concern quoted and screenshot portions of Anovos' website which do not require a response as the webpage speaks for itself.

49.     Anovos denies allegations in paragraph 49 of the TAC regarding misrepresentations.  The remaining allegations in the complaint concern quoted and screenshot portions of Anovos' website which do not require a response as the webpage speaks for itself.

50.     Anovos denies the allegations in paragraph 50 of the TAC that it is giving its customers hope and false promises.  The remaining allegations in the complaint concern quoted portions of Anovos' website which do not require a response as the webpage speaks for itself.

51.     Anovos denies the allegations in paragraph 51 of the TAC.

52.     Anovos denies that it made false representations.  Anovos lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 52 of the TAC, and on that basis denies those allegations.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

53.  Anovos denies that delivery dates of all its customers' products have been postponed.  Anovos otherwise admits the allegations in paragraph 53 of the TAC.

54.  Anovos denies the allegations in paragraph 54 of the TAC.

55.  Anovos denies the allegations in paragraph 55 of the TAC.

56.  Anovos denies the allegations in paragraph 56 of the TAC.

57.  Anovos denies the allegations in paragraph 57 of the TAC.

58.  Anovos denies the allegations in paragraph 58 of the TAC.

59.  Anovos denies the allegations in paragraph 59 of the TAC.

60.  Anovos denies the allegations in paragraph 60 of the TAC.

61.  Anovos denies the allegations in paragraph 61 of the TAC.

62.  Anovos admits that it began selling pre-order items before 2016, but denies the remaining allegations in paragraph 62 of the TAC.

63.  Anovos admits to receiving a letter from the BBB regarding customer complaints, but denies the remaining allegations in paragraph 63 of the TAC.

64.  Anovos denies the allegations in paragraph 64 of the TAC.

65.  Anovos admits that it received a follow-up letter from the BBB, but denies the remaining allegations in paragraph 65 of the TAC.

66.  Anovos admits the allegations in paragraph 66 of the TAC.

67.  Anovos denies that numerous customers have not received their purchased in 2016.  Anovos lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 67 of the TAC, and on that basis denies those allegations.

68.  Anovos denies the allegations in paragraph 68 of the TAC.

<u>Plaintiff Arthur Catalano</u>

69.  Anovos lacks sufficient knowledge and information to admit or deny the allegations in paragraph 69 of the TAC, and on that basis denies those allegations.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

70.     Anovos admits the allegations in paragraph 70 of the TAC.

71.     Anovos admits the allegations in paragraph 71 of the TAC.

72.     Anovos admits the allegations in paragraph 72 of the TAC.

73.     Anovos denies that it misrepresented the delivery dates.  Anovos lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 73 of the TAC, and on that basis denies those allegations.

74.     Anovos lacks sufficient knowledge and information to admit or deny the allegations in paragraph 74 of the TAC, and on that basis denies those allegations.

75.     Anovos lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 75 of the TAC, and on that basis denies those allegations.

76.     The allegations in paragraph 76 of the TAC concerns quoted portions of an email sent by Anovos for which a response is not required as the email speaks for itself.

77.     The allegations in paragraph 77 of the TAC concerns quoted portions of an email sent by Anovos for which a response is not required as the email speaks for itself.

78.     The allegations in paragraph 78 of the TAC concerns quoted portions of an email sent by Anovos for which a response is not required as the email speaks for itself.

79.     The allegations in paragraph 79 of the TAC concerns quoted portions of an email sent by Anovos for which a response is not required as the email speaks for itself.

80.     The allegations in paragraph 80 of the TAC concerns quoted portions of an email sent by Anovos for which a response is not required as the email speaks for itself.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

1     81.     The allegations in paragraph 81 of the TAC concerns quoted portions
2  of an email sent by Anovos for which a response is not required as the email speaks
3  for itself.

4     82.     The allegations in paragraph 82 of the TAC concerns quoted portions
5  of an email sent by Anovos for which a response is not required as the email speaks
6  for itself.

7     83.     The allegations in paragraph 83 of the TAC concerns quoted portions
8  of an email sent by Anovos for which a response is not required as the email speaks
9  for itself.

10    84.     Anovos admits the allegation in paragraph 84 of the TAC.

11    85.     Anovos lacks sufficient information to admit or deny what Mr.
12  Catalano believed, and for that reason, denies those allegations.  Anovos otherwise
13  admits the remaining allegations in paragraph 85 of the TAC.

14    86.     Anovos admits the allegation in paragraph 86 of the TAC.

15    87.     Anovos denies the allegations in paragraph 87 of the TAC.

16    88.     Anovos denies that Mr. Catalano did not receive any of its products
17  alleged in the TAC.  Anovos lacks sufficient information to admit or deny the
18  remaining allegations in paragraph 88 of the TAC, and for that reason, denies those
19  allegations.

20    89.     Anovos lacks sufficient information to admit or deny the allegations in
21  paragraph 89 of the TAC, and for that reason, denies those allegations.

22                    <u>Plaintiff Matthew Fernandes</u>

23    90.     Anovos denies that it induced Mr. Fernandes, but admits the remaining
24  allegations in paragraph 90 of the TAC.

25    91.     Anovos lacks sufficient information to admit or deny the allegations in
26  paragraph 91 of the TAC, and for that reason, denies those allegations.

27    92.     Anovos admits the allegation in paragraph 92 of the TAC.

28    93.     Anovos denies the allegations in paragraph 93 of the TAC.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED
COMPLAINT

94.     Anovos lacks sufficient information to admit or deny the allegations in paragraph 94 of the TAC, and for that reason, denies those allegations.

95.     Anovos lacks sufficient information to admit or deny the allegations in paragraph 95 of the TAC concerning what Mr. Fernandes relied upon, and for that reason, denies those allegations.  Anovos denies that it engaged in any deception. Anovos otherwise admits the remaining allegations in paragraph 95.

96.     The allegations in paragraph 96 of the TAC concerns quoted portions of an email sent by Anovos for which a response is not required as the email speaks for itself.

97.     Anovos admits the allegation in paragraph 97 of the TAC.

98.     The allegations in paragraph 98 of the TAC concerns quoted portions of an email sent by Anovos for which a response is not required as the email speaks for itself.

99.     Anovos admits that Mr. Fernandes requested a refund in 2019.  Anovos lacks sufficient information to admit or deny what Mr. Fernandes realized, and for that reason, denies those allegations.   Anovos otherwise denies the remaining allegations in paragraph 99 of the TAC.

100.    Anovos denies that it represented to Mr. Fernandes that his product would be delivered by a date certain, only that these dates are anticipated.  Anovos otherwise admits the allegations in paragraph 100 of the TAC.

101.    Anovos denies the allegations in paragraph 101 of the TAC.

102.    Anovos lacks sufficient information to admit or deny the allegations in paragraph 102 of the TAC, and for that reason, denies those allegations.

103.    Anovos denies that Mr. Fernandes did not receive his refund, but otherwise admits the allegations in paragraph 103 of the TAC.

<u>Andre Joseph</u>

104.    Anovos lacks sufficient information to admit or deny the allegations in paragraph 104 of the TAC, and for that reason, denies those allegations.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

105.    Anovos admits the allegations in paragraph 105 of the TAC.

106.    Anovos lacks sufficient information to admit or deny the allegations in paragraph 106 of the TAC, and for that reason, denies those allegations.

107.    The allegations in paragraph 107 of the TAC concerns quoted portions of an email sent by Anovos for which a response is not required as the email speaks for itself.

108.    The allegations in paragraph 108 of the TAC concerns quoted portions of an email sent by Anovos for which a response is not required as the email speaks for itself.

109.    Anovos lacks sufficient information to admit or deny the allegations in paragraph 109 of the TAC, and for that reason, denies those allegations.

110.    Anovos lacks sufficient information to admit or deny the allegations in paragraph 110 of the TAC, and for that reason, denies those allegations.

111.    Anovos denies that it had a plan to abscond with Mr. Joseph's money, but otherwise admits the allegations in paragraph 111 of the TAC.

112.    Anovos admits the allegations in paragraph 112 of the TAC.

113.    Anovos lacks sufficient information to admit or deny the allegations in paragraph 113 of the TAC, and for that reason, denies those allegations.

114.    Anovos admits the allegations in paragraph 114 of the TAC.

115.    Anovos denies that it made false promises and that it strung Mr. Joseph along.   Anovos lacks sufficient information to admit or deny the remaining allegations in paragraph 115 of the TAC, and for that reason, denies those allegations.

116.    Anovos lacks sufficient information to admit or deny the allegations in paragraph 116 of the TAC, and for that reason, denies those allegations.

117.    Anovos denies the allegations in paragraph 117 of the TAC.

<u>Plaintiff Alexander Alonso</u>

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

118.   Anovos lacks sufficient information to admit or deny why Mr. Alonso purchased from Anovos, and for that reason, denies those allegations.   Anovos otherwise admits the allegations in paragraph 118 of the TAC.

119.   Anovos lacks sufficient information to admit or deny the allegations in paragraph 119 of the TAC, and for that reason, denies those allegations.

120.   Anovos admits the allegation in paragraph 120 of the TAC.

121.   Anovos admits that delivery of the product was delayed, but denies the remaining allegations.

122.   Anovos admits the allegations in paragraph 122 of the TAC.

123.   Anovos denies that it failed to deliver the product, but otherwise admits the allegations in paragraph 123 of the TAC.

124.   Anovos denies that the shipping date was anything but estimated, but otherwise admits the allegations in paragraph 124 of the TAC.

<u>Plaintiff Randolph Jones</u>

125.   Anovos admits the allegations in paragraph 125 of the TAC.

126.   Anovos lacks sufficient information to admit or deny the allegations in paragraph 126 of the TAC, and for that reason, denies those allegations.

127.   Anovos lacks sufficient information to admit or deny the allegations in paragraph 127 of the TAC, and for that reason, denies those allegations.

128.   Anovos lacks sufficient information to admit or deny the allegations in paragraph 128 of the TAC, and for that reason, denies those allegations.

129.   Anovos denies that it engaged in any misrepresentation.  Anovos lacks sufficient information to admit or deny the remaining allegations in paragraph 129 of the TAC, and for that reason, denies those allegations.

130.   Anovos admits the allegations in paragraph 130 of the TAC.

131.   Anovos admits the allegations in paragraph 131 of the TAC.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED
COMPLAINT

1   132.   Anovos admits that delivery of the jacket was delayed.  Anovos lacks

2   sufficient information to admit or deny the remaining allegations in paragraph 132

3   of the TAC, and for that reason, denies those allegations.

4   133.   Anovos lacks sufficient information to admit or deny the allegations in

5   paragraph 133 of the TAC, and for that reason, denies those allegations.

6   134.   Anovos admits the allegations in paragraph 134 of the TAC.

7   135.   The allegations in paragraph 135 of the TAC concern a screenshot of

8   Anovos' website for which a response is not required as the screenshot speaks for

9   itself.

10   136.   Anovos lacks sufficient information to admit or deny the allegations in

11   paragraph 136 of the TAC, and for that reason, denies those allegations.

12   <u>Anovos Recent Representations to the Public.</u>

13   137.   Anovos denies that it lied to the public.  The allegations in paragraph

14   137 of the TAC taken from Anovos' updates page from its website do not require a

15   response as the updates page speaks for itself.

16   138.   Anovos lacks sufficient information to admit or deny the allegations in

17   paragraph 138 of the TAC, and for that reason, denies those allegations.

18   139.   The allegations in paragraph 139 of the TAC taken from Anovos'

19   updates page from its website do not require a response as the updates page speaks

20   for itself.

21   140.   Anovos admits the allegations in paragraph 140.

22   141.   Anovos admits that Disney licenses the use of its trademarks to Anovos,

23   but otherwise denies the allegations in paragraph 141 of the TAC.

24   142.   Anovos denies the allegations in paragraph 142.

25   143.   Anovos denies that all the pre-ordered items have yet to be

26   manufactured, but otherwise admit the allegations in paragraph 143 the TAC.

27   144.   Anovos admits the allegations in paragraph 144.

28   145.   Anovos denies the allegations in paragraph 145.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED
COMPLAINT

1    146.   Anovos denies the allegations in paragraph 146.

2                           Disney's Practices

3    147.   Anovos admits that it markets and promotes pre-order items online and

4    at conventions, but deny the remaining allegations in paragraph 147 of the TAC.

5    148.   Anovos that Disney provides photography and assets to assist Anovos

6    with creating its products.  Anovos lacks sufficient information to admit or deny the

7    remaining allegations in paragraph 148 of the TAC, and for that reason, denies those

8    allegations.

9    149.   Anovos lacks sufficient information to admit or deny the allegations in

10   paragraph 149 of the TAC, and for that reason, denies those allegations.

11   150.   Anovos lacks sufficient information to admit or deny the allegations in

12   paragraph 150 of the TAC, and for that reason, denies those allegations.

13   151.   Anovos admits the allegations in paragraph 151.

14   152.   Anovos lacks sufficient information to admit or deny the allegations in

15   paragraph 152 of the TAC, and for that reason, denies those allegations.

16   153.   Anovos lacks sufficient information to admit or deny the allegations in

17   paragraph 153 of the TAC, and for that reason, denies those allegations.

18   154.   Anovos lacks sufficient information to admit or deny the allegations in

19   paragraph 154 of the TAC, and for that reason, denies those allegations.

20   155.   Anovos lacks sufficient information to admit or deny the allegations in

21   paragraph 155 of the TAC, and for that reason, denies those allegations.

22   156.   Anovos lacks sufficient information to admit or deny the allegations in

23   paragraph 156 of the TAC, and for that reason, denies those allegations.

24   157.   Anovos admits that customers have asked for refunds.  Anovos lacks

25   sufficient information to admit or deny the remaining allegations in paragraph 157

26   of the TAC, and for that reason, denies those allegations.

27   158.    Anovos admits the allegations in paragraph 158 of the TAC.

28

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED
COMPLAINT

1    159.    Anovos lacks sufficient information to admit or deny the allegations in

2    paragraph 159 of the TAC, and for that reason, denies those allegations.

3    160.    Anovos admits that Disney has collected minimum guarantees.  Anovos

4    lacks sufficient information to admit or deny the remaining allegations in paragraph

5    160 of the TAC, and for that reason, denies those allegations.

6    161.    Anovos admits the allegations in paragraph 161 of the TAC.

7    162.    Anovos admits the allegations in paragraph 162 of the TAC.

8    163.    Anovos admits the allegations in paragraph 163 of the TAC.

9    164.    Anovos admits the allegations in paragraph 164 of the TAC.

10    165.    Anovos admits the allegations in paragraph 165 of the TAC.

11    166.    Anovos lacks sufficient information to admit or deny the allegations in

12    paragraph 166 of the TAC, and for that reason, denies those allegations.

13    167.    Anovos lacks sufficient information to admit or deny the allegations in

14    paragraph 167 of the TAC, and for that reason, denies those allegations.

15    168.    Anovos lacks sufficient information to admit or deny the allegations in

16    paragraph 168 of the TAC, and for that reason, denies those allegations.

17    169.    Paragraph 169 is a legal conclusion for which no response is required.

18    170.    Anovos denies that it had a scheme.    Anovos lacks sufficient

19    information to admit or deny the remaining allegations in paragraph 170 of the TAC,

20    and for that reason, denies those allegations.

21    171.    Paragraph 171 is a legal conclusion for which no response is required.

22    172.    Paragraph 172 is a legal conclusion for which no response is required.

23    173.    Anovos denies the allegations in paragraph 173 of the TAC.

24    174.    Anovos denies the allegations in paragraph 174 of the TAC.

25    175.    Anovos lacks sufficient information to admit or deny the allegations in

26    paragraph 175 of the TAC, and for that reason, denies those allegations.

27    176.    Anovos denies that its' actions were illegal or unlawful.  The remaining

28    allegations are legal conclusions for which no response is required.

14

177. Anovos denies the allegations in paragraph 177 of the TAC.

178. Anovos admits that some consumers have not received their pre-order items, but otherwise denies the remaining allegations in paragraph 178 of the TAC.

179. Anovos denies the allegations in paragraph 179 of the TAC.

<u>Class Allegations</u>

180. Anovos denies the allegations in paragraph 180 of the TAC.

181. The allegation in paragraph 181 is a definition for which a response is not required.

182. The allegations in paragraph 182 are definitions for which a response is not required.

183. The allegations in paragraph 183 concern definitions for which a response is not required.

184. Anovos denies the allegations in paragraph 184 of the TAC.

185. Anovos denies the allegations in paragraph 185 of the TAC.

186. Anovos denies the allegations in paragraph 186 of the TAC.

187. Anovos denies the allegations in paragraph 187 of the TAC.

188. Anovos denies the allegations in paragraph 188 of the TAC.

189. Anovos denies the allegations in paragraph 189 of the TAC.

190. Anovos denies the allegations in paragraph 190 of the TAC.

191. Anovos denies the allegations in paragraph 191 of the TAC.

**First Cause of Action**

**Fraud**

**(Plaintiffs v. Anovos)**

192. Anovos incorporates its responses to paragraphs 1 through 191 of the TAC as its response to paragraph 192.

193. Anovos denies the allegations in paragraph 193 of the TAC.

194. Anovos denies the allegations in paragraph 194 of the TAC.

195. Anovos denies the allegations in paragraph 195 of the TAC.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

196.   Anovos denies the allegations in paragraph 191 of the TAC.

197.   Anovos denies the allegations in paragraph 197 of the TAC.

198.   The allegations in paragraph 198 are legal conclusions for which a response is not required.  To the extent a response is required, Anovos denies those allegations.

199.   The allegations in paragraph 198 are legal conclusions for which a response is not required.  To the extent a response is required, Anovos denies those allegations.

200.   Anovos denies the allegations in paragraph 200 of the TAC.

201.   Anovos denies the allegations in paragraph 201 of the TAC.

202.   Anovos denies the allegations in paragraph 202 of the TAC.

203.   Anovos denies the allegations in paragraph 203 of the TAC.

204.   Anovos denies the allegations in paragraph 204 of the TAC.

**Second Cause of Action**

**Breach of Contract**

**(Plaintiffs v. Anovos)**

205.   Anovos incorporates its responses to paragraphs 1 through 205 of the TAC as its response to paragraph 205.

206.   Anovos admits the allegations in paragraph 206 of the TAC.

207.   Anovos denies the allegations in paragraph 207 of the TAC.

208.   Anovos denies the allegations in paragraph 208 of the TAC.

209.   Anovos lacks sufficient information to admit or deny the allegations in paragraph 209 of the TAC, and for that reason, denies those allegations.

210.   Anovos admits the allegations in paragraph 210 of the TAC.

211.   Anovos admits the allegations in paragraph 211 of the TAC.

212.   Anovos admits the allegations in paragraph 212 of the TAC.

213.   Anovos admits the allegations in paragraph 213 of the TAC.

214.   Anovos denies the allegations in paragraph 214 of the TAC.

1    215.   Anovos admits the allegations in paragraph 215 of the TAC.

2    216.   Anovos denies the allegations in paragraph 216 of the TAC.

3    217,   Anovos denies the allegations in paragraph 217 of the TAC.

4    218.   Anovos admits the allegations in paragraph 218 of the TAC.

5    219.   Anovos admits the allegations in paragraph 219 of the TAC.

6    220.   Anovos admits the allegations in paragraph 220 of the TAC.

7    221.   Anovos denies the allegations in paragraph 221 of the TAC.

8    222.   Anovos admits the allegations in paragraph 222 of the TAC.

9    223.   Anovos admits that Mr. Joseph has not received the jacket he ordered,

10   but denies the remaining allegations in paragraph 223 of the TAC.

11   224.   Anovos admits that Mr. Joseph received notifications that the item

12   would be delayed, but denies the remaining allegations in paragraph 224 of the TAC.

13   225.   Anovos admits the allegations in paragraph 225 of the TAC.

14   226.   Anovos admits the allegations in paragraph 226 of the TAC.

15   227.   Anovos denies the allegations in paragraph 227 of the TAC.

16   228.   Anovos admits the allegations in paragraph 228 of the TAC.

17   229.   Anovos denies the allegations in paragraph 229 of the TAC.

18   230.   Anovos lacks sufficient information to admit or deny the allegations in

19   paragraph 230 of the TAC, and for that reason, denies those allegations.

20   231.   Anovos admits the allegations in paragraph 231 of the TAC.

21   232.   Anovos admits the allegations in paragraph 232 of the TAC.

22   233.   Anovos admits the allegations in paragraph 233 of the TAC.

23   234.   Anovos admits the allegations in paragraph 234 of the TAC.

24   235.   Anovos lacks sufficient information to admit or deny the allegations in

25   paragraph 235 of the TAC, and for that reason, denies those allegations.

26   236.   Anovos admits the allegations in paragraph 236 of the TAC.

27   237.   Anovos admits the allegations in paragraph 237 of the TAC.

28   238.   Anovos admits the allegations in paragraph 238 of the TAC.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED
COMPLAINT

239.  Anovos admits the allegations in paragraph 239 of the TAC.

240.  Anovos denies the allegations in paragraph 240 of the TAC.

241.  Anovos denies the allegations in paragraph 241 of the TAC.

242.  Anovos denies the allegations in paragraph 242 of the TAC.

**Third Cause of Action**

**Unfair Competition Law Under Cal. Bus. & Prof. Code § 17200**

**(Fernandes/Catalano v. Defendants)**

243.  Anovos incorporates by reference its responses to paragraphs 1 through 242 of the TAC as its response to paragraph 243.

244.  The allegations of paragraph 244 consist of legal conclusions to which no response is required.

245.  Anovos denies the allegations in paragraph 245 of the TAC.

**A. "Unlawful" Prong**

246.  Anovos denies the allegations in paragraph 246 of the TAC.

247.  Anovos denies the allegations in paragraph 247 of the TAC.

248.  Anovos denies the allegations in paragraph 248 of the TAC.

249.  The allegations of paragraph 249 consist of legal conclusions to which no response is required.

250.  Anovos denies the allegations in paragraph 250 of the TAC.

251.  The allegations of paragraph 251 consist of legal conclusions to which no response is required. To the extent a response is required, Anovos denies the allegations.

252.  Anovos denies the allegations in paragraph 252 of the TAC.

253.  Anovos denies the allegations in paragraph 253 of the TAC.

254.  Anovos admits that Plaintiffs purport to reserve their rights as stated in paragraph 254. Anovos denies all remaining allegations of paragraph 254.

**B. "Unlawful" Prong**

255.  Anovos denies the allegations in paragraph 255 of the TAC.

256.   Anovos denies the allegations in paragraph 256 of the TAC.

257.   Anovos denies the allegations in paragraph 257 of the TAC.

258.   Anovos denies the allegations in paragraph 258 of the TAC.

259.   Anovos admits that Plaintiffs purport to reserve their rights as stated in paragraph 259. Anovos denies all remaining allegations of paragraph 259.

### C. "Fraudulent" Prong

260.   Anovos denies the allegations in paragraph 260 of the TAC.

261.   Anovos denies the allegations in paragraph 261 of the TAC.

262.   Anovos denies the allegations in paragraph 262 of the TAC.

263.   Anovos denies the allegations in paragraph 263 of the TAC.

264.   Anovos admits that Plaintiffs request the Court to restore monies but denies that Plaintiffs are entitled to such relief. Anovos denies the remaining allegations of paragraph 264.

265.   Anovos admits that Plaintiffs request an order requiring Defendants to make restitution but denies that Plaintiffs are entitled to such relief. Anovos denies the remaining allegations of paragraph 265.

### D. "Unfair, Deceptive, Untrue or Misleading Advertisement" Prong

266.   Anovos denies the allegations in paragraph 266 of the TAC.

267.   Anovos denies the allegations in paragraph 267 of the TAC.

268.   Anovos denies the allegations in paragraph 268 of the TAC.

269.   Anovos denies the allegations in paragraph 269 of the TAC.

270.   Anovos admits that Plaintiffs and the Class Members seek monetary damages and the entry of injunctive relief but denies that they are entitled to such relief. Anovos denies the remaining allegations of paragraph 270.

271.   Anovos admits that Plaintiffs purport to reserve their rights as stated in paragraph 271. Anovos denies any remaining allegations of paragraph 271.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

**Fourth Cause of Action**

**Florida's Deceptive and Unfair Trade Practices Act,**

**Fla. Stat. § 501.201, *et seq.***

**(Alonso v. Defendants)**

272. Anovos denies that Defendants' conduct violates the California UCL or Fla. Stat. § 501.201, et seq. In response to Plaintiffs' statement that Mr. Alonso re-alleges and incorporates the preceding paragraphs, Anovos incorporates by reference its responses in all of the preceding paragraphs as its response to paragraph 272.

273. The allegations of paragraph 273 consist of legal conclusions to which no response is required.

274. Anovos admits the allegations in paragraph 274 of the TAC.

275. Anovos admits the allegations in paragraph 275 of the TAC.

276. Anovos admits the allegations in paragraph 276 of the TAC.

277. Anovos denies the allegations in paragraph 277 of the TAC.

278. Anovos denies the allegations in paragraph 278 of the TAC.

279. Anovos denies the allegations in paragraph 279 of the TAC.

280. Anovos denies the allegations in paragraph 280 of the TAC.

281. Anovos denies the allegations in paragraph 281 of the TAC.

282. Anovos denies the allegations in paragraph 282 of the TAC.

283. Anovos denies the allegations in paragraph 283 of the TAC.

284. Anovos denies the allegations in paragraph 284 of the TAC.

285. Anovos admits that the Florida Statutes cited authorize the remedies set forth in paragraph 285 but denies that Plaintiffs are entitled to any such relief.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

**Fifth Cause of Action**

**N.Y. General Business Law § 501.201,** *et seq.*

**(Joseph v. Anovos)**

286.   Anovos denies that its conduct violates the California UCL, the Florida FDUTPA, or the New York General Business Law. In response to Plaintiffs' statement that Mr. Alonso re-alleges and incorporates the preceding paragraphs, Anovos incorporates by reference its responses in all of the preceding paragraphs as its response to paragraph 286.

287.   The allegations of paragraph 287 consist of legal conclusions to which no response is required.

288.   The allegations of paragraph 288 consist of legal conclusions to which no response is required.

289.   Anovos admits that it "engaged in consumer-related activities." It denies the remaining allegations of paragraph 289.

290.   Anovos denies the allegations in paragraph 290 of the TAC.

291.   Anovos denies the allegations in paragraph 291 of the TAC.

292.   Anovos denies the allegations in paragraph 292 of the TAC.

293.   Anovos denies the allegations in paragraph 293 of the TAC.

294.   Anovos denies the allegations in paragraph 294 of the TAC.

295.   Anovos denies the allegations in paragraph 295 of the TAC.

296.   Anovos denies the allegations in paragraph 296 of the TAC.

**Sixth Cause of Action**

**Washington's Unfair Business Practices Act**

**RCW § 19.86,** *et seq.*

**(Jones v. Anovos)**

297.   Anovos denies that its conduct violates the California UCL, the Florida FDUTPA, New York's General Business Law or Wash. Rev. Code § 19.86.919, et seq. In response to Plaintiffs' statement that Mr. Jones re-alleges and incorporates

1  the preceding paragraphs, Anovos incorporates by reference its responses in all of
2  the preceding paragraphs as its response to paragraph 297.

3      298.   The allegations of paragraph 298 consist of legal conclusions to which
4  no response is required.

5      299.   Anovos denies the allegations of paragraph 299, including each bullet
6  point in that paragraph.

7      300.   Anovos denies the allegations in paragraph 300 of the TAC.

8      301.   Anovos denies the allegations in paragraph 301 of the TAC.

9      302.   Anovos denies the allegations in paragraph 302 of the TAC.

10      303.   Anovos denies the allegations in paragraph 303 of the TAC.

11      304.   Anovos denies the allegations in paragraph 304 of the TAC.

12  **Seventh Cause of Action**

13  **Violation of the California Consumers Legal Remedies Act**

14  **Cal. Civ. Code Section 1750, *et seq.***

15  **(Fernandes/Catalano v. Anovos)**

16      305.   Anovos incorporates by reference its responses to paragraphs 1 through
17  304 of the TAC as its response to paragraph 305.

18      306.   Anovos admits that Plaintiffs purport to assert their claim on a statewide
19  California subclass basis but denies that Plaintiffs have alleged a proper or certifiable
20  subclass.

21      307.   The allegations of paragraph 307 consist of legal conclusions to which
22  no response is required.

23      308.   Anovos admits the allegations in paragraph 308 of the TAC.

24      309.   Anovos admits the allegations in paragraph 309 of the TAC.

25      310.   Anovos admits the allegations in paragraph 310 of the TAC.

26      311.   Anovos admits the allegations in paragraph 311 of the TAC.

27      312.   The allegations of paragraph 312 consist of legal conclusions to which
28  no response is required.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED
COMPLAINT

1    313.    The allegations of paragraph 313 consist of legal conclusions to which
2    no response is required.

3    314.    Anovos denies the allegations in paragraph 314 of the TAC.

4    315.    Anovos denies the allegations in paragraph 315 of the TAC.

5    316.    Anovos denies the allegations in paragraph 316 of the TAC.

6    317.    Anovos denies the allegations in paragraph 317 of the TAC.

7    318.    Anovos denies the allegations in paragraph 318 of the TAC.

8    319.    Anovos denies the allegations in paragraph 319 of the TAC.

9    320.    Anovos admits that Plaintiffs seek injunctive relief but denies that they
10   are entitled to any such relief.

11                           **Eighth Cause of Action**

12                           **Negligent Misrepresentation**

13                           **(Plaintiffs v. Defendants)**

14   321.    Anovos incorporates by reference its responses to paragraphs 1 through
15   320 of the TAC as its response to paragraph 321.

16   322.    Anovos denies the allegations in paragraph 322 of the TAC.

17   323.    Anovos denies the allegations in paragraph 323 of the TAC.

18   324.    Anovos denies the allegations in paragraph 324 of the TAC.

19   325.    Anovos denies the allegations in paragraph 325 of the TAC.

20   326.    Anovos denies the allegations in paragraph 326 of the TAC.

21   327.    Anovos denies the allegations in paragraph 327 of the TAC.

22   328.    Anovos denies the allegations in paragraph 328 of the TAC.

23   329.    Anovos denies the allegations in paragraph 329 of the TAC.

24   330.    Anovos denies the allegations in paragraph 330 of the TAC.

25

26

27

28

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED
COMPLAINT

**Ninth Cause of Action**

**Intentional Misrepresentation**

**(Plaintiffs v. Anovos)**

331.    Anovos incorporates by reference its responses to paragraphs 1 through 330 of the TAC as its response to paragraph 331.

332.    Anovos denies the allegations in paragraph 332 of the TAC.

333.    Anovos denies the allegations in paragraph 333 of the TAC.

334.    Anovos denies the allegations in paragraph 334 of the TAC.

335.    Anovos denies the allegations in paragraph 335 of the TAC.

336.    Anovos denies the allegations in paragraph 336 of the TAC.

337.    Anovos denies the allegations in paragraph 337 of the TAC.

338.    Anovos denies the allegations in paragraph 338 of the TAC.

339.    Anovos denies the allegations in paragraph 339 of the TAC.

**Prayer For Relief**

Anovos admits that Plaintiffs request the relief stated following the "Wherefore" clause but denies that Plaintiffs are entitled to any relief whatsoever on any cause of action, including any damages, injunctive relief, costs or attorneys' fees, or any of the remedies set forth in the bullet points under each cause of action in this section. Anovos denies all remaining allegations following the "Wherefore" clause.

340.    Anovos admits that Plaintiffs demand a trial by jury.

**<u>AFFIRMATIVE DEFENSES</u>**

Anovos alleges the following affirmative defenses with respect to the claims alleged in the TAC, without assuming the burden of proof where the burden of proof rests on Plaintiffs,  Anovos also hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during pretrial proceedings in this action and hereby reserves its right to amend this Answer and assert all such defenses.

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. The TAC fails to allege facts sufficient to state a claim against Anovos.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2. Plaintiffs' remedies are barred at least in part by the applicable statute(s) of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

3. Plaintiffs are barred from obtaining any recovery in the TAC by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

4. Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

## FIFTH A AFFIRMATIVE DEFENSE

### (Estoppel)

5. Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

6. Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

### (Excuse)

7. The acts and/or omissions of Plaintiffs excused any alleged act or alleged failure to act on the part of Anovos.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Consent)**

8.      The TAC, and each and every cause of action stated therein, is barred by reason of Plaintiffs' consent.

**NINTH ADDITIONAL DEFENSE**

**(Unjust Enrichment)**

9.      Plaintiffs' claims are barred in that the claims seek excessive damages from Anovos which would result in the unjust enrichment of Plaintiffs.

**TENTH AFFIRMATIVE DEFENSE**

**(No Proximate Causation)**

10.     Plaintiffs' claims against Anovos are barred because Plaintiffs cannot show that any Anovos' actions were the proximate cause of damages sustained.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(No Justifiable Reliance)**

11.     The TAC, and each and every cause of action stated therein, is barred from any recovery because Plaintiffs and putative class members did not reasonably rely on any representations made by Anovos.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Privilege and Justification)**

12.     Anovos' conduct was justified or privileged in that Anovos acted in good faith and its conduct was fair and reasonable under the circumstances.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

13.     Plaintiffs' causes of action against Anovos are barred because Anovos' actions were proper and legal, and Anovos at all times acted with good faith andn without malice.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Ratification)**

14.     Plaintiffs' causes of action against Anovos are barred in whole or in part because Plaintiffs' intentionally or by want of ordinary care caused or allowed Anovos to believe that Plaintiffs had authorized and/or ratified the acts, conduct, and/or omissions of Anovos alleged in the TAC.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

15.     Plaintiffs' causes of action against Anovos are barred in whole or in part because Plaintiffs failed to exercise reasonable efforts and/or expenses to avoid the consequences of any and all damages and failed to mitigate the damages alleged in the FAC.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Lack of Damages)

16.     The TAC, and each cause of action contained therein, is barred in whole or in part because Plaintiffs have not suffered any damages as a result of any acts or omissions by Anovos.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Class Action Requirements Not Met)

17.     The purported class cannot be certified under Federal Rule of Civil Procedure 23 because, inter alia, the purported class, class representatives and/or class counsel fail to meet the typicality, commonality, adequacy, superiority, and predominance requirements required for a class action.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Insufficient Basis for Attorney Fees)

11.     Plaintiffs are not entitled to attorney fees.

## RESERVATION OF RIGHTS

There may be additional affirmative defenses currently unknown to Anovos. Therefore, Anovos reserves the right to amend this answer to allege additional

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT

affirmative defenses in the event that discovery or other information indicates that they are appropriate.

**WHEREFORE**, Anovos prays for relief as follows:

1.      That Plaintiffs takes nothing on its TAC;

2.      That judgment be entered in favor of Anovos and against Plaintiffs on the TAC as a whole;

2.      Granting to Anovos the costs of this action including but not limited to attorneys' fees, costs, and disbursements; and

3.      Granting such other, further and different relief as the Court deems just and proper.

DATED:  April 27, 2020            **ROME & ASSOCIATES, A.P.C.**

By: _s/ Sridavi Ganesan_
        Eugene Rome
        Sridavi Ganesan
        Brianna Dahlberg
        Attorneys for Defendant
        ANOVOS PRODUCTIONS, LLC

DEFENDANT ANOVOS PRODUCTION, LLC'S ANSWER TO THIRD AMENDED COMPLAINT