**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Richard Dalton et al., <br><br> Plaintiff(s) <br> v. <br><br> Anovos Production, LLC et al, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:19-cv-04821-MWF-KS <br><br> **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephonic discovery conference is scheduled for May 20, 2020 at 2:00 p.m., before Magistrate Judge Karen L. Stevenson. The call-in information has been provided by email.

Dated:   April 28, 2020                         By:           G. Roberson
                                                                    Deputy Clerk