Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**Kazerouni Law Group, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Fax: (619) 297-1022

*Attorneys for Plaintiffs,*
*Arthur Catalano, Matthew Fernandes,*
*Andre Joseph, Alexander Alonso, and Randolph Jones*

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Anovos Productions, LLC, Disney Lucasfilm Ltd., NBCUniversal Media, LLC; and CBS Studios, Inc.,<br><br>Defendants. | **CASE NO.: 2:19-CV-04821-MWF-KS**<br><br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO FILE AN AMENDED ANSWER** |
|---|---|

Plaintiffs ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO and RANDOLPH JONES (hereinafter "Plaintiffs") and Defendant ANOVOS PRODUCTIONS, LLC (hereinafter "Defendant") (all jointly hereinafter referred to as "the Parties"), hereby stipulate to

and request the following:

1. On April 27, 2020, Defendant filed answer in this matter. (dkt. 58).
2. Thereafter, Plaintiffs requested that Defendant amends its answer to provide more facts for Defendant's affirmative defenses and withdraws certain affirmative defenses.
3. The deadline for Plaintiffs to move to strike Defendant's Answer is May 18, 2020. However, Defendant had agreed to file an amended answer.
4. Recently, the parties began discussing a possibility of a potential resolution of this case.
5. As a result of these initial discussions, the parties are working jointly on exchanging some confidential information to facilitate these discussions.
6. Therefore, in effort to focus their efforts entirely on the settlement discussions and confidential exchange of information, the parties agreed to continue the deadline by which Defendant must file an amended answer.

WHEREFORE, the Parties respectfully request that this Court continue the deadline for Defendant to file its First Amended Answer from May 18, 2020 to June 18, 2020.

Respectfully submitted,

Dated: May 18, 2020          **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
Yana Hart, Esq.
*Attorneys for Plaintiff*

Dated: May 18, 2020          **ROME & ASSOCIATES, APC**

By: s/ Sridavi Ganesan
Sridavi Ganesan
*Attorneys for Defendant*
*Anovos Productions, LLC*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sridavi Ganesan, counsel for the Defendant, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: May 18, 2020                  **KAZEROUNI LAW GROUP, APC**

                                             By: s/ Yana A. Hart
                                                    Yana Hart, Esq.
                                                    *Attorneys for Plaintiff*