# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Anovos Productions, LLC, Disney Lucasfilm Ltd., NBCUniversal Media, LLC; and CBS Studios, Inc.,<br><br>    Defendants. | Case No.: 2:19-cv-04821-MWF-KS<br><br>**[PROPOSED] ORDER GRANTING THE JOINT STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO FILE AN AMENDED ANSWER** |

Based upon the Joint Stipulation, this Court hereby orders Defendant file its First Amended Answer on or before June 18, 2020.

IT IS SO ORDERED.

Dated: _____              _____
                              **HON. MICHAEL W. FITZGERALD**
                              UNITED STATES DISTRICT JUDGE