Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**Kazerouni Law Group, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Fax: (619) 297-1022

*Attorneys for Plaintiffs,*
*Arthur Catalano, Matthew Fernandes,*
*Andre Joseph, Alexander Alonso, and Randolph Jones*

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Anovos Productions, LLC, Disney Lucasfilm Ltd., NBCUniversal Media, LLC; and CBS Studios, Inc.,<br><br>Defendants. | **CASE NO.: 2:19-CV-04821-MWF-KS**<br><br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY DISPUTE CONFERENCE CALL** |

Plaintiffs ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO and RANDOLPH JONES (hereinafter "Plaintiffs") and Defendant ANOVOS PRODUCTIONS, LLC (hereinafter "Defendant") (all jointly hereinafter referred to as "the Parties"), hereby stipulate to

and request the following:

1. On October 23, 2019, prior to the parties' initial Rule 26(f) conference, Plaintiffs served Requests for Production of Documents on Defendant.
2. On March 4, 2020, Defendant produced its responses to Plaintiffs' requests.
3. Thereafter, Plaintiffs identified certain responses which Plaintiffs believed were insufficient or evasive.
4. The parties then conducted several meet and confer conferences, exchanged formal and informal correspondences, and thereafter, reached an impasse regarding certain requests.
5. In early April, 2020, after reaching an impasse, the parties jointly contacted Judge Stevenson's chambers requesting to conduct a conference call regarding said discovery dispute.
6. Honorable Judge Stevenson scheduled a call with the parties for May 20, 2020 at 2:00 pm. (Dkt. 59)
7. Recently, the parties began discussing a possibility of a potential resolution of this case.
8. As a result of these initial discussions, the parties are working jointly on exchanging some confidential information to facilitate these discussions.
9. Therefore, they respectfully request to postpone the scheduled Conference Call with the Magistrate Judge Stevenson sometime after June 18, 2020, allowing the parties to continue their settlement discussions.
10. Since the parties spent substantial amount of fees litigating this matter, the parties hope to minimize further litigation efforts, in the event that a settlement can be reached.
11. If the parties be able to reach a resolution, this Court would also be able to preserve judicial resources, as opposed to spending substantial time with the parties going over the discovery disputes.

WHEREFORE, the Parties respectfully request that this Court continue the conference call with the Magistrate Judge to address the discovery dispute sometime after June 18, 2020.

Respectfully submitted,

Dated: May 18, 2020           **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
Yana Hart, Esq.
*Attorneys for Plaintiff*

Dated: May 18, 2020           **ROME & ASSOCIATES APC**

By: s/ Sridavi Ganesan
Sridavi Ganesan
*Attorneys for Defendant*
*Anovos Productions, LLC*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sridavi Ganesan, counsel for the Defendant, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: May 18, 2020           **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
Yana Hart, Esq.
*Attorneys for Plaintiff*