NOTE: CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Anovos Productions, LLC, Disney Lucasfilm Ltd., NBCUniversal Media, LLC; and CBS Studios, Inc.,<br><br>Defendants. | Case No.: 2:19-cv-04821-MWF-KS<br><br>[~~PROPOSED~~] ORDER GRANTING THE JOINT STIPULATION TO CONTINUE DISCOVERY DISPUTE CONFERENCE CALL |

Based upon the Joint Stipulation, this Court hereby orders that the conference call regarding the discovery dispute is continued to **June 17, 2020 at 2:00pm**.

IT IS SO ORDERED.

Dated: May 18, 2020

_____
**HON. KAREN STEVENSON**
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER                    1