**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Anovos Productions, LLC, Disney Lucasfilm Ltd., NBCUniversal Media, LLC; and CBS Studios, Inc.,<br><br>Defendants. | Case No.: 2:19-cv-04821-MWF-KS<br><br>**ORDER GRANTING THE JOINT STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO FILE AN AMENDED ANSWER** |

Based upon the Joint Stipulation, IT IS HEREBY ORDERED that Defendant Anovos Productions, LLC may file its First Amended Answer on or before June 18, 2020.

IT IS SO ORDERED.

Dated: May 19, 2020

_____
**MICHAEL W. FITZGERALD**
UNITED STATES DISTRICT JUDGE