Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Fax: (619) 297-1022

*Attorneys for Plaintiffs,*
*Arthur Catalano, Matthew Fernandes,*
*Andre Joseph, Alexander Alonso, and Randolph Jones*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Anovos Productions, LLC, Disney Lucasfilm Ltd., NBCUniversal Media, LLC; and CBS Studios, Inc.,<br><br>Defendants. | CASE NO.: 2:19-CV-04821-MWF-KS<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY DISPUTE CONFERENCE CALL (SECOND REQUEST)**<br><br>Conf. Call: June 17, 2020 |

Plaintiffs ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO and RANDOLPH JONES (hereinafter "Plaintiffs") and Defendant ANOVOS PRODUCTIONS, LLC (hereinafter "Defendant") (all jointly hereinafter referred to as "the Parties"), hereby stipulate to and request the following:

1. On October 23, 2019, prior to the parties' initial Rule 26(f) conference, Plaintiffs served Requests for Production of Documents on Defendant.
2. On March 4, 2020, Defendant produced its responses to Plaintiffs' requests.
3. Thereafter, Plaintiffs identified certain responses which Plaintiffs believed were insufficient or evasive.
4. The parties then conducted several meet and confer conferences, exchanged formal and informal correspondences, and thereafter, reached an impasse regarding certain requests.
5. In early April, 2020, after reaching an impasse, the parties jointly contacted Judge Stevenson's chambers requesting to conduct a conference call regarding said discovery dispute.
6. Honorable Judge Stevenson scheduled a call with the parties for May 20, 2020 at 2:00 pm. (Dkt. 59)
7. The parties began informally discussing a possibility of a potential resolution of this case. All parties expressed interest in a possible resolution.
8. As a result of these initial discussions, the parties jointly sought to continue the discovery dispute call by 30 days, which Hon. Judge Stevenson granted in part, continuing the discovery dispute call with the Chambers to June 17, 2020.
9. The parties discussed that certain confidential information was necessary to be exchanged for the parties' efficient settlement discussions.
10. After the parties continued the call, they circulated and executed a confidential agreement to exchange the confidential information for the purposes of settlement.
11. Thereafter, per the parties' informal discussions, Anovos provided Plaintiffs with the requested confidential documentation to facilitate settlement.

KAZEROUNI LAW GROUP, APC
San Diego, California

12. After review of the provided documents, Plaintiffs' counsel had to conduct a call with each client (Plaintiffs named in this action) and discuss certain confidential information and obtain an authority to make an offer to Defendant.

13. As soon as the authority was obtained from the named Plaintiffs, Plaintiff's counsel made an offer to Defendant on June 2, 2020.

14. Defense is reviewing the offer made by Plaintiffs, and is anticipating to make a counteroffer to Plaintiffs shortly.

15. Once the Defense makes an offer, Plaintiffs' counsel will need to discuss the offer with each client and obtain a response.

16. While the parties still are making every effort to resolve the matter, as discussed above, they have not yet been able to exchange multiple offers to bring them closer in settlement positions or possibly resolve the matter fully.

17. However, the parties are making the efforts and in good faith have exchanged the information necessary for the settlement discussions, and wish to have more time to continue these discussions.

18. Since the parties spent substantial amount of fees litigating this matter, the parties hope to minimize further litigation efforts, in the event that a settlement can be reached.

19. If the parties be able to reach a resolution, this Court would also be able to preserve judicial resources, as opposed to spending substantial time with the parties going over the discovery disputes.

20. Thus, the parties request that the Court once again continues the discovery dispute call by 4 weeks, if possible, to take place on or after July 15, 2020.

//

//

WHEREFORE, the Parties respectfully request that this Court continue the conference call with the Magistrate Judge to address the discovery dispute sometime after July 15, 2020.

Respectfully submitted,

Dated: June 12, 2020        **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
Yana Hart, Esq.
*Attorneys for Plaintiff*

Dated: June 12, 2020        **FAEGRE DRINKER BIDDLE & REATH LLP**

By: s/ Sridavi Ganesan
Sridavi Ganesan
*Attorneys for Defendant*
*Anovos Productions, LLC*

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sridavi Ganesan, counsel for the Defendant, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: June 12, 2020        **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
Yana Hart, Esq.
*Attorneys for Plaintiff*