1
2
3
4
5
6

**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (SBN: 232780)
erome@romeandassociates.com
Sridavi Ganesan (SBN 216129)
sganesan@romeandassociates.com
Brianna Dahlberg (SBN 280711)
bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone:   310-282-0690
Facsimile:    310-282-0691

7
8
9

Attorneys for Defendants
ANOVOS PRODUCTIONS, LLC; LUCASFILM LTD.
LLC (erroneously sued as DISNEY LUCASFILM,
LTD.); NBC UNIVERSAL MEDIA LLC; and CBS
STUDIOS INC.

10

11

## UNITED STATES DISTRICT COURT

12

## CENTRAL DISTRICT OF CALIFORNIA

13

14
15
16
17
18
19
20
21
22
23

RICHARD DALTON, individually and
on behalf of others similarly situated,

      Plaintiff,

        v.

ANOVOS PRODUCTIONS, LLC;
DISNEY LUCASFILM, LTD.;
NBCUNIVERSAL MEDIA, LLC; and
CBS STUDIOS, INC.,

      Defendants.

Case No. 2:19-cv-04821- MWF(KSx)

**JOINT STIPULATION TO
CONTINUE DEFENDANT'S
DEADLINE TO FILE AN AMENDED
ANSWER**

Complaint filed:  June 3, 2019

24
25
26
27
28

JOINT STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO FILE AN
AMENDED ANSWER

Plaintiffs ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO and RANDOLPH JONES (hereinafter "Plaintiffs") and Defendant ANOVOS PRODUCTIONS, LLC (hereinafter "Defendant") (all jointly hereinafter referred to as "the Parties"), hereby stipulate to and request the following:

1.      On April 27, 2020, Defendant filed an Answer in this matter. (Dkt. # 58).

2.      Thereafter, Plaintiffs met and conferred with respect to their intent to file a Motion to Strike the Answer for failing to provide sufficient facts to support Defendant's affirmative defenses.

3.      The deadline for Plaintiffs to move to strike Defendant's Answer was May 18, 2020.  However, Defendant had agreed to file an Amended Answer.

4.      Thereafter, the Parties began discussing a possibility of a potential resolution of this case.  As a result of these initial discussions, the Parties submitted a joint stipulation on May 18, 2020 to continue the deadline for Defendant to file its Amended Answer from May 18, 2020 to June 18, 2020.  (Dkt. # 61).  The Court granted that stipulation. (Dkt. # 65)

5.      Since that time, Defendant circulated and the Parties executed a confidential agreement to exchange the confidential information for the purposes of settlement.  Thereafter, per the parties' informal discussions, Anovos provided Plaintiffs with the requested confidential documentation to facilitate settlement discussions.

6.      After review of the provided documents, Plaintiffs' counsel conducted a call with each client (Plaintiffs named in this action) and discussed certain confidential information and obtained authority to make an offer to Defendant.  This offer was made on June 2, 2020.

7.      Defendant is reviewing the offer made by Plaintiffs, and anticipates

JOINT STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO FILE AN AMENDED ANSWER

1    making a counteroffer to Plaintiffs shortly.

2          8.      While the Parties still are making every effort to resolve the matter\,

3 they have not yet been able to exchange multiple offers to bring them closer in

4 settlement positions or possibly resolve the matter fully.  As such, the Parties wish

5 to have more time to continue these discussions.

6          9.      Since the Parties spent substantial amount of fees litigating this matter,

7 they hope to minimize further litigation efforts, in the event that a settlement can be

8 reached.

9          10.      Therefore, in effort to focus their efforts entirely on the settlement

10 discussions and confidential exchange of information, the Parties agree to continue

11 the deadline for Defendant to file an Amended Answer.

12

13          WHEREFORE, the Parties respectfully request that this Court continue the

14 deadline for Defendant to file its First Amended Answer from June 18, 2020 to July

15 20, 2020.

16

17                             Respectfully submitted,

18 Dated: June 12, 2020             **ROME AND ASSOCIATES, APC**

19

20                               By:  s/ Sridavi Ganesan

21                                 Sridavi Ganesan, Esq.

22                                 *Attorneys for Defendant*

23                                 *Anovos Productions, LLC*

24 Dated: June 12, 2020             **KAZEROUNI LAW GROUP, APC**

25

26                               By:  s/ Yana A. Hart

27                                 Yana A. Hart, Esq.

28                                 *Attorneys for Plaintiffs*

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Yana A. Hart, counsel for the Plaintiffs, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: June 12, 2020                              **ROME AND ASSOCIATES, APC**

By: s/ Sridavi Ganesan
                                         Sridavi Ganesan, Esq.
                                         *Attorneys for Defendant*
                                         *Anovos Productions, LLC*

JOINT STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO FILE AN AMENDED ANSWER