Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs,*
Arthur Catalano, Matthew Fernandes,
Andre Joseph, Alexander Alonso, and Randolph Jones

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Anovos Productions, LLC, Disney Lucasfilm Ltd., NBCUniversal Media, LLC; and CBS Studios, Inc.,<br><br>Defendants. | Case No.: 2:19-cv-04821-MWF-KS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiffs ARTHUR CATALANO, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO and RANDOLPH JONES ("Plaintiffs") have settled their claims against Defendant ANOVOS PRODUCTIONS, LLC ("Defendant") (collectively referred to as "the Parties"). As such, the Parties request that the discovery conference scheduled for July 15, 2020 at 2:00PM be removed from this Court's calendar.

The Plaintiffs anticipate filing a request for dismissal, with prejudice, within 60 days. The Parties request that all remaining dates and filing requirements be vacated and that the Court set a deadline on or after September 13, 2020 for filing a request for dismissal.

Respectfully submitted,

Date:  July 14, 2020                                          **KAZEROUNI LAW GROUP, APC**

                                                    By:  s/ Yana A. Hart
                                                        Yana A. Hart
                                                        *Attorneys for Plaintiffs*

Date:  July 14, 2020                                          **ROME & ASSOCIATES APC**

                                                    By:  s/ Sridavi Ganesan
                                                         Sridavi Ganesan
                                                        *Attorneys for Defendant*
                                                        *Anovos Productions, LLC*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sridavi Ganesan, counsel for the Defendant, and that I have obtained her authorization to affix her electronic signature to this document.

Date:  July 14, 2020                                          **KAZEROUNI LAW GROUP, APC**

                                                    By:  s/Yana A. Hart
                                                        Yana A. Hart
                                                        *Attorneys for Plaintiffs*