UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   19-CV-4821-MWF -KS                                    Date: July 14, 2020

Title       *Arthur Catalano, et al. v. . Anovos Productions, LLC et al*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Creditor: | Attorneys Present for Debtor: |
|---|---|
| N/A | N/A |

**Proceedings (IN CHAMBERS)   PRE-MOTION TELEPHONIC CONFERENCE VACATED**

A Pre-motion telephonic conference was scheduled for Wednesday, July 15, 2020, at 2:00 p.m. before Magistrate Judge Karen L. Stevenson. The parties have notified the court that the matter has been resolved and requested to have the hearing vacated. Therefore, the pre-motion telephonic hearing previously scheduled is vacated.

**IT IS SO ORDERED**.

                                                                                       :
                                                  **Initials of Preparer**   gr