JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Dalton, Arthur Catalano, Matthew Fernandes, Andre Joseph, Alexander Alonso, and Randolph Jones, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Anovos Productions, LLC, Disney Lucasfilm Ltd., NBCUniversal Media, LLC; and CBS Studios, Inc.,<br><br>Defendants. | Case No.: 2:19-cv-04821-MWF (KSx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. MICHAEL W. FITZGERALD** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders that the action is dismissed with prejudice as to the named Plaintiffs and without prejudice as to the Putative Class. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 17, 2020

_____
**MICHAEL W. FITZGERALD**
United States District Judge