**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Fax: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
2221 Camino Del Rio S., Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*s
Arthur Catalano, Matthew Fernandes,
Andre Joseph, Alexander Alonso, and Randolph Jones

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD DALTON, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, AND RANDOLPH JONES**,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANOVOS PRODUCTIONS, LLC DISNEY LUCASFILM LTD., NBCUNIVERSAL MEDIA, LLC, AND CBS STUDIOS, INC.,<br><br>Defendants. | Case No.:  2:19-cv-04821-MWF-KS<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION TO REOPEN CASE PURSUANT TO FRCP 60(b)**<br><br>Hon. Michael W. Fitzgerald<br>Date: May 3, 2021<br>Time: 10 a.m. |

TO ANOVOS PRODUCTIONS, LLC, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 03, 2021, in First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Hon. Michael W. Fitzgerald, United States District Judge, Plaintiff will move the Court for an order reopening the Case.

This motion will be pursuant to Rule 60(b), Federal Rules of Civil Procedure, and will be based upon this Notice, the accompanying Memorandum of Points and Authorities and Exhibit; all the papers and pleadings on file on this action; and upon such other and further evidence argument as the Court deems necessary or convenient.

**KAZEROUNI LAW GROUP, APC**

Date: April 1, 2021            By: *s/ Yana Hart*
                                    Yana A. Hart, Esq.
                                    *Attorneys for Plaintiffs*