| | |
|---|---|
| 1 | **KAZEROUNI LAW GROUP, APC** |
| 2 | Abbas Kazerounian, Esq. (SBN: 249203) |
|   | ak@kazlg.com |
| 3 | 245 Fischer Avenue, Unit D1 |
|   | Costa Mesa, CA 92626 |
| 4 | Telephone: (800) 400-6808 |
| 5 | Fax: (800) 520-5523 |
| 6 | **KAZEROUNI LAW GROUP, APC** |
| 7 | Yana A. Hart, Esq. (SBN: 306499) |
|   | yana@kazlg.com |
| 8 | 2221 Camino Del Rio S., Suite 101 |
|   | San Diego, CA 92108 |
| 9 | Telephone: (619) 233-7770 |
| 10 | Facsimile: (800) 520-5523 |

*Attorneys for Plaintiffs*,
Arthur Catalano, Matthew Fernandes,
Andre Joseph, Alexander Alonso, and Randolph Jones

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD DALTON, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, AND RANDOLPH JONES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANOVOS PRODUCTIONS, LLC DISNEY LUCASFILM LTD., NBCUNIVERSAL MEDIA, LLC, AND CBS STUDIOS, INC., <br><br> Defendants. | Case No.: 2:19-cv-04821-MWF-KS <br><br> **CLASS ACTION** <br><br> **DECLARATION OF YANA A. HART IN SUPPORT OF PLAINTIFFS' MOTION TO REOPEN CASE PURSUANT TO FRCP 60(b)(6)** <br><br> Hon. Michael W. Fitzgerald <br> Date: May 3, 2021 <br> Time: 10 a.m. |

**I, Yana A. Hart, declare:**

1. I am the one of the attorneys for the plaintiffs in this action. I am over the age of 18 and am fully competent to make this declaration.

2. If called as a witness, I would competently testify to the matters herein from personal knowledge. The declaration is based upon my personal knowledge.

3. I submit this declaration in support of Plaintiffs' Motion to Enforce Settlement Agreement.

4. The above captioned action was filed on June 3, 2019.

5. A settlement of this matter (on individual basis) was reached on or around August 4, 2020.

6. The named parties and several members of the putative class agreed to execute certain settlement agreements.

7. Defendant also agreed to pay a certain amount to Plaintiffs' counsel designated as attorney's fees.

8. The settlement agreement included a stipulation of the parties that this Court would retain jurisdiction for purposes of enforcing the terms of the settlement agreement.

9. A joint stipulation to dismiss the case was filed on September 16, 2020.

10. An order dismissing the case with prejudice as to the named Plaintiffs, and without prejudice as to the putative class, was issued by this Court on September 17, 2020.

11. Defendant has failed to pay the amounts due and owing pursuant to the agreement for the attorneys' fees and certain amounts to a putative class member.

12. I have contacted counsel repeatedly between November 2020 and January 2021 to determine if and when Defendant would cure its default. I did not receive any confirmation that Defendant is willing to cure a default by any date certain.

13. Further, in January 2021, I indicated that our office intends to file a motion to enforce settlement, at which point I invited Defense Counsel to confer telephonically.

14. At that point, I was notified by Defense Counsel that they no longer represent Defendant in this action.

15. However, in abundance of caution, I cannot speak to Defendant directly because Defense Counsel is listed as an attorney representing Defendant (i.e. was not formally withdrawn), and is also listed as a contact party under the settlement agreements.

16. Therefore, I cannot conduct any effective meet and confer discussions with either current Defense Counsel listed on the docket or the Defendant.

17. For this reason, I could not conduct effective meet and confer conference on this matter with counsel. We intend to serve Defendant directly through a process server with Plaintiff's motion.

3

DECLARATION OF YANA A. HART      *Dalton et al. v. Anovos Productions, LLC et al.*
                                  Case No.: 2:19-cv-04821-MWF-KF

18. The terms of the settlement agreement breached by Defendant were material and were the basis for Plaintiffs' agreeing to dismiss this case.

19. Further, although Defendant partially cured its default by making a payment to a putative class representative, to date, it has not made the payments to cover the attorneys' fees it agreed to pay.

20. If this case is reopened, Plaintiff intends to file a motion to enforce the settlement agreement.

21. A copy of a redacted settlement agreement between Plaintiffs and Anovos is attached to this declaration as Exhibit A. The portion of the settlement agreement which indicates the Central District of California would retain jurisdiction over any disputes arising out of or in connection with the settlement agreement appears on page 3. Many terms of the agreement are redacted due to the fact that the material terms of the settlement agreement are confidential pursuant to the agreement itself.

22. Finally, I would like to inform the Court that I will be departing from Kazerouni Law Group, APC on April 2, 2021. Therefore, the main partner, Abbas Kazerounian and other associates at the firm will be handling this case moving forward.

//

//

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on April 1, 2021.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: April 1, 2021

*s/ Yana Hart*
Yana A. Hart, Esq.
Attorneys for Plaintiff