# Exhibit A

## CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE

**(1)  Introduction**

This settlement agreement ("Agreement"), effective as of the date it is fully executed on the last page of this agreement, is made by and on behalf of Arthur Catalano, Andre Joseph, Alexander Alonso, and Randolph Jones,  (collectively referred to as "Plaintiffs"), on the one hand, and Anovos Productions, LLC ("Defendant"), on the other hand.  Plaintiffs and Defendant are sometimes collectively referred to herein as "the Parties."

WHEREFORE, Plaintiffs and Defendant are Parties in the Central District of California, Case No. 2:19-cv-04821-MWF-KS, arising out of a dispute regarding an alleged failure to deliver certain pre-paid products by Defendant  ("Action");

Defendant denies any wrongdoing alleged against it by Plaintiffs.

Although the action was filed as a class action, the Parties reached settlement on individual basis, and there was no agreement regarding any recovery for the class or release of the class claims, and

WHEREFORE, without admitting fault or liability, the Parties desire to settle and compromise their dispute and further dispense with the underlying litigation by entering into this Agreement,

NOW, THEREFORE, in consideration of the promises and the mutual covenants contained herein, the Parties hereto agree as follows.







This Agreement is 7 Pages In Length.  This is Page 2.



**(8)     Governing Law and Venue**

Any disputes arising out of or in connection with this Agreement shall be submitted to the Central District of California, which shall retain jurisdiction over any such dispute. Notwithstanding any other language in this agreement, the prevailing Party shall be entitled to all attorneys' fees and the costs in connection with any enforcement proceedings.





This Agreement is 7 Pages In Length.  This is Page 5.



    a.    <u>If to Plaintiffs:</u>

          Abbas Kazerouni, Esq.
          Yana Hart, Esq.
          **Kazerouni Law Group, APC**
          **245 Fischer Ave, Suite D1,**
          **Costa Mesa, CA 92626**
          Email: ak@kazlg.com
          yana@kazlg.com

    b.    <u>If to the Defendant</u>

          Eugene Rome, Esq.
          Sridavi Ganesan, Esq.
          Rome & Associates, A.P.C.
          2029 Century Park East, Suite 450
          Los Angeles, CA 90067
          Email: erome@romeandassociates.com
          sganesan@romeandassociates.com

**THE SIGNATORIES HAVE CAREFULLY READ THIS ENTIRE AGREEMENT. ITS CONTENTS HAVE BEEN FULLY EXPLAINED TO THEM BY THEIR ATTORNEYS. THE SIGNATORIES FULLY UNDERSTAND THE FINAL AND BINDING EFFECT OF THIS AGREEMENT. THE ONLY PROMISES MADE TO ANY SIGNATORY ABOUT THIS AGREEMENT ARE CONTAINED IN THIS AGREEMENT. THE SIGNATORIES ARE SIGNING THIS AGREEMENT VOLUNTARILY.**

**PLEASE CAREFULLY READ THIS CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT. THE AGREEMENT INCLUDES A RELEASE OF KNOWN AND UNKNOWN CLAIMS.**

WHEREFORE, the Parties have executed this Agreement as of the date(s) indicated below, respectively, and agree the effective date of this agreement shall be the date this Agreement is fully executed.

| | |
|---|---|
| _____ | 08/04/2020 |
| Arthur Catalano | Date Signed |
| _____ | 07/30/2020 |
| Alexander Alonso | Date Signed |
| _____ | 07/30/2020 |
| Randolph Jones | Date Signed |
| _____ | 08/04/2020 |
| Andre Joseph | Date Signed |

**For Anovos Production LLC:**

_____          _____

Title:    _____          Date Signed

Name:    _____

This Agreement is 7 Pages In Length.  This is Page 7.

WHEREFORE, the Parties have executed this Agreement as of the date(s) indicated below, respectively, and agree the effective date of this agreement shall be the date this Agreement is fully executed.

_____                _____
Arthur Catalano                                                 Date Signed


_____                _____
Alexander Alonso                                               Date Signed


_____                _____
Randolph Jones                                                  Date Signed


_____                _____
Andre Joseph                                                     Date Signed



**For Anovos Production LLC:**

_____                08/04/2020
                                                                        _____
Title: _____ COO                           Date Signed

Name: _____
            Dana Gasser

---

This Agreement is 7 Pages In Length.  This is Page 7.