1 | **ROME & ASSOCIATES, A.P.C.**
Brianna Dahlberg (SBN 280711)
2 | bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
3 | Los Angeles, CA 90067
Telephone: 310-282-0690
4 | Facsimile: 310-282-0691

5 | Attorneys for Defendant
ANOVOS PRODUCTIONS, LLC
6 |

7 |

8 | **UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**
9 |

10 |

11 | RICHARD DALTON, MATTHEW
FERNANDES, ANDRE JOSEPH,
ALEXANDER ALONSO, AND
12 | RANDOLPH JONES, individually and
on behalf of all others similarly
13 | situated,

14 |        Plaintiffs,

15 |        v.

16 | ANOVOS PRODUCTIONS, LLC
DISNEY LUCASFILM LTD.,
17 | NBCUNIVERSAL MEDIA, LLC,
AND CBS STUDIOS, INC.,
18 |
        Defendants.
19 |

Case No. 2:19-cv-04821- MWF(KSx)

**BRIANNA DAHLBERG'S NOTICE OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ANOVOS PRODUCTIONS, LLC**

Hon. Michael W. Fitzgerald
DATE: May 24, 2021
TIME: 10:00 a.m.

[Filed concurrently with Declaration of Eugene Rome; [Proposed] Order]

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
ANOVOS PRODUCTIONS, LLC

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL:**

PLEASE TAKE NOTICE that on May 24, 2021 at 10:00 A.M., or as soon as the matter may be heard before Honorable Michael W. Fitzgerald, United District Judge, Courtroom 5A of the First Street Courthouse of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012, Brianna Dahlberg of the firm Rome & Associates, A.P.C., counsel for Defendant Anovos Productions, LLC ("Defendant"), will, and hereby does, apply to the Court for an order granting leave to withdraw as counsel.

This Motion is made pursuant to L.R. 83-2.3.2 and California Rule of Professional Conduct 3-700(C) due to Defendant's non-payment of fees. Plaintiffs do not oppose the withdrawal, administration of justice will not be adversely impacted, and withdrawal will not unreasonably delay the resolution of the case as the case has been settled.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Eugene Rome, the [Proposed] Order lodged herewith, the pleadings, records, and papers filed in this action, and on such other evidence and argument as may be considered prior to a decision on the Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 16, 2021. Plaintiffs' counsel indicated he would not oppose the Motion.

DATED: April 23, 2021          **ROME & ASSOCIATES, A.P.C.**


By: */s/ Brianna Dahlberg*
      Brianna Dahlberg
      Attorneys for Defendant
      ANOVOS PRODUCTIONS, LLC

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
ANOVOS PRODUCTIONS, LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION AND BACKGROUND

Pursuant to L.R. 83-2.3.2, attorney Brianna Dahlberg of the law firm Rome & Associates, A.P.C. ("Rome & Associates") moves this Court for an order permitting her and her firm to withdraw as counsel for Defendant Anovos Productions, LLC ("Defendant") in this matter due to non-payment of fees.

Plaintiffs' counsel has indicated that they will not oppose this Motion. (No other parties remain in the case.) The progress of the case will not be impacted by the withdrawal as this case settled in August 2020. Declaration of Eugene Rome filed herewith ("Rome Decl."), ¶ 2. The parties filed a stipulated dismissal on September 16, 2020. ECF No. 77. On March 31, 2021, Plaintiffs filed a motion to reopen the case alleging that Defendant has failed to pay settlement payments to Plaintiffs. ECF No. 79. Defendant filed no opposition to Plaintiffs' motion.

Following the filing of Plaintiffs' motion to reopen the case, Ms. Dahlberg and the other two attorneys with Rome & Associates representing Defendant, Eugene Rome and Sridavi Ganesan, formally filed notices of withdrawal. ECF Nos. 83, 84, 85. The Court's docket reflects that Mr. Rome and Ms. Ganesan's notices of withdrawal were accepted, but the Court issued a notice of deficiencies with respect to Ms. Dahlberg's notice of withdrawal. *See* ECF No. 87 (stating that docket does not reflect party Defendant terminated from the court's docket). She remains listed as counsel for Defendant on the Court's docket.

As this case was settled long ago, the withdrawal will not cause any prejudice to Plaintiffs, nor harm the administration of justice or result in any delay of resolution of the case. Rome & Associates has provided proper written notice to the client and complied with the applicable Local Rules and California Rules of Professional Conduct.

Accordingly, Ms. Dahlberg respectfully requests that the Court grant permission to withdraw.

1

## II.    DISCUSSION

Local Rule 83-2.3.2 states that "[a] motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." L.R. 83-2.3.2. "In determining whether to grant the motion to withdraw as counsel, courts often weigh the following four factors: (1) reason why withdrawal is sought; (2) the prejudice withdrawal may result to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Beard v. Shuttermart of Cal. Inc.*, 2008 WL 410694 at *2 (S.D. Cal. Feb. 13, 2008); *Nedbank Int'l, Ltd., v. Xero Mobile, Inc*., 2008 WL 4814706 at *1 (C.D. Cal., Oct. 30, 2008).

The California Rules of Professional Conduct provide for permissive withdrawal when the client "renders it unreasonably difficult for the member to carry out the employment effectively" or "breaches an agreement or obligation to the member as to expenses or fees" (among other circumstances). Cal. R. Prof. Conduct, R. 3-700(C)(1)(d) & (f). The California Rules of Professional Conduct further provide that "[a] member shall not withdraw from employment until the [attorney] has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client[.]" Cal. R. Prof. Conduct, R. 3-700(A)(2).

Here, the four factors weigh in favor of granting withdrawal. Even though the case is long settled, Defendant owes Rome & Associates a substantial outstanding balance which is significantly past due. Rome Decl., ¶ 2. Although Rome & Associates has demanded payment, Defendant has failed to pay. *Id*. Defendant has been given an adequate warning that if it did not pay its past due legal bills, Rome & Associates would withdraw. *Id*. at ¶ 4. Rome & Associates has advised Defendant that, as an entity, it cannot represent itself in the action and further advised Defendant of the consequences of not retaining legal counsel in this matter. *Id*. While the "[f]ailure of the client to pay agreed compensation is not necessarily sufficient to

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
ANOVOS PRODUCTIONS, LLC

establish good cause," L.R. 83-2.3.2, "[c]ourts have also held that the failure to pay attorney's fees may be grounds for withdrawal." *Canandaigua Wine Co. v. Edwin Moldauer*, 2009 WL 89141, at *2 (E.D. Cal. Jan. 14, 2009); *see also Moss Landing Commercial Park LLC v. Kaiser Aluminum Corp.*, 2009 WL 764873 at *1 ("The court applies California's Rules of Professional Conduct to determine whether withdrawal is proper. Pursuant to such rules, an attorney may seek to withdraw if the client 'breaches an agreement or obligation to the member as to expenses or fees.'").

The withdrawal will not prejudice Plaintiffs. Plaintiffs' counsel indicated that he will not oppose withdrawal. Nor will the withdrawal impact the administration of justice or result in any delay, as this case was settled long ago. In the event that the Court grants Plaintiffs' pending motion to reopen the case to enforce the settlement agreement, Defendant has been provided ample notice and opportunity to retain new counsel.

## III. CONCLUSION

For the foregoing reasons, good cause exists to grant this Motion and permit Ms. Dahlberg to withdraw as counsel for Defendant.

DATED:  April 23, 2021                    ROME & ASSOCIATES, A.P.C.


By: *s/ Brianna Dahlberg*
    Brianna Dahlberg
    Attorneys for Defendant
    ANOVOS PRODUCTIONS, LLC

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
ANOVOS PRODUCTIONS, LLC