**ROME & ASSOCIATES, A.P.C.**
Brianna Dahlberg (SBN 280711)
bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: 310-282-0690
Facsimile: 310-282-0691

Attorneys for Defendant
ANOVOS PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DALTON, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, AND RANDOLPH JONES, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANOVOS PRODUCTIONS, LLC DISNEY LUCASFILM LTD., NBCUNIVERSAL MEDIA, LLC, AND CBS STUDIOS, INC.,<br><br>　　　　Defendants. | Case No. 2:19-cv-04821- MWF(KSx)<br><br>**DECLARATION OF EUGENE ROME IN SUPPORT OF BRIANNA DAHLBERG'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR ANOVOS PRODUCTIONS, LLC**<br><br>Hon. Michael W. Fitzgerald<br>DATE: May 24, 2021<br>TIME: 10:00 a.m. |

I, Eugene Rome, declare:

1. I am an attorney at law duly licensed to practice law in the State of California. I am the principal of Rome & Associates, A.P.C. and was formerly counsel of record for Defendant Anovos Productions, LLC ("Anovos") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. This case settled in August 2020. Despite the case having resolved long ago, Anovos continues to owe Rome & Associates a substantial outstanding balance for legal fees pursuant to the engagement letter it entered into with the firm. Although Rome & Associates has demanded payment, Anovos has failed to pay.

3. On March 31, 2021, Plaintiffs filed a motion to reopen the case alleging that Defendant has failed to pay settlement payments to Plaintiffs. ECF No. 79. Rome & Associates provided notice of Plaintiffs' motion to Anovos.

4. I communicated with Anovos on April 8, 2021 and explained that if it did not pay its outstanding balance, Rome & Associates would formally withdraw as its counsel of record. I advised Anovos that, as an entity, it cannot represent itself in the action. I further advised Anovos of the consequences of not retaining legal counsel in this matter. Anovos has not paid its outstanding balance.

5. The firm's continued representation of Anovos will result in an unreasonable financial burden to Rome & Associates because of its failure to pay its legal bills, despite demands for payment being made and a warning of withdrawal being given.

I declare under penalty of perjury that the foregoing is true and correct, and was executed this 23rd day of April 2021.

By: /s/ Eugene Rome
      Eugene Rome

1
DECLARATION OF EUGENE ROME IN SUPPORT OF MOTION TO WITHDRAW