JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DALTON, MATTHEW FERNANDES, ANDRE JOSEPH, ALEXANDER ALONSO, AND RANDOLPH JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANOVOS PRODUCTIONS, LLC DISNEY LUCASFILM LTD., NBCUNIVERSAL MEDIA, LLC, AND CBS STUDIOS, INC.,<br><br>Defendants. | Case No. 2:19-cv-04821-MWF (KSx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REOPEN CASE [79] [82]** |

Having reviewed Plaintiffs' Motion to Reopen Case filed on April 1, 2021, (Docket Nos. 79, 82), and finding good cause, the Motion is **GRANTED**. The Clerk is **ORDERED** to re-open the above-captioned case. Plaintiffs shall file their motion to enforce the settlement agreement on or before **May 31, 2021**.

IT IS SO ORDERED.

Dated: April 26, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE