UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 19-4821-MWF(KSx)** | Dated: **May 24, 2021** |

Title:  Arthur Catalano, et al. -v- Anovos Productions, LLC et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Brian T. Attard

Brianna Dahlberg
Joe Salcedo
Dan Gasser

**PROCEEDINGS:**  **TELEPHONIC HEARING BRIANNA DAHLBERG'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ANOVOS PRODUCTIONS, LLC [90]**

   Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Before arguments by counsel are heard, the Court excuses counsel for plainitff and seals this portion of the hearing. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk  rs

-1-          :18 min