KAZEROUNI LAW GROUP, APC
David McGlothlin, Esq. (SBN 253265)
David@kazlg.com
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: 800-400-6808
Fax: 800-520-5523

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DALTON, MATTHEW FERNANDES, ANDRE JOSEPH ALEXANDER ALONSO, AND RANDOLPH JONES, individually and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>ANOVOS PRODUCTIONS, LLC, DISNEY LUCAS FILM LTD., NBC UNIVERSAL MEDIA, LLC AND CBS STUDIOS, INC.<br><br>Defendants. | Case No.: 2:19-cv-04821-MWF-KS<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs RICHARD DALTON, MATTHEW FERNANDES, ANDRE JOSEPH ALEXANDER ALONSO, AND RANDOLPH JONES ("Plaintiff"), and ANOVOS PRODUCTIONS, LLC., a California limited liability company ("Defendant"), as follows:

1.      Upon execution of this Stipulation by the parties and approval thereon by the court, this action shall be dismissed <u>without</u> prejudice. However, the parties hereby request that the court shall retain jurisdiction over this action to enforce the terms of this Stipulation and order entry of judgment upon a showing of default in the performance of this Stipulation.

2.      Subject to the terms and conditions set forth below, judgment may be entered in favor of Plaintiff and against Defendant, for the following:

   (a)    Judgement in the sum of 56,594.06 ; (the "Judgement Amount")

3.      Entry of the judgment shall be stayed so long as Defendant performs as follows:

   (a) Makes payment in the sum of $10,000.00 on or before July 16, 2021;

   (b) Makes payments in the sum of $5,000.00 on the 16th day of each successive month beginning August, 2021 until the Judgment Amount has been paid in full.

4.      All payments by Defendant to Plaintiff shall be delivered to Kazerouni Law Group, APC Attn: Kazerouni Law Group, Trust Account 45 Fischer Avenue, Unit D1, Costa Mesa, CA  92626. Plaintiffs shall also file a dismissal with prejudice of the action as above-captioned upon the timely payment of all sums payable pursuant to paragraph 3(a)-(b), inclusive.

5.      In the event of default of any provision of this Stipulation, Plaintiff shall give ten days written notice to Defendant by email to Gasser, Dana at dana@anovos.com in addition to ten business days notice via first class mail to Defendant at East Los Angeles Avenue, Suite C301, Simi Valley, CA 93065, Attn: Dana Gasser.  Defendant shall have seven (7) business days from the date of such notices in which to cure such default. It shall be the responsibility of Defendant to inform Plaintiff's counsel (at the address shown above) in writing of any change of its email address.

6.      In the event of any default of any provision of this Stipulation, following the expiration of the ten  (10)  business day notice to be provided to Defendant under paragraph 5 above, Plaintiff shall have the right immediately by ex parte application to seek entry of  judgment of the Judgment Amount, less payment for all payments made through date of uncured default.

7. Defendant acknowledges that it has carefully read this Stipulation, fully understands its terms and conditions and willingly executes the same.

8. This Stipulation constitutes an integrated agreement and represents the complete and final expression of the parties' intent, superseding any and all prior oral or written agreements, commitments or representations in connection with the subject matter of this Stipulation.

9. If any provisions of this Stipulation or its application to the parties hereto is deemed invalid or unenforceable, then the remainder of this Stipulation shall not be affected thereby.

10. The parties may execute this Stipulation in multiple counterparts which, taken in the aggregate, shall be deemed signed by both parties hereto. Each counterpart shall be deemed an original instrument as against any party who has signed it. A facsimile copy of this Stipulation executed by any party hereto shall have the same force and effect as an original.

11. Each party respectfully requests this Court to reserve personal and subject matter to jurisdiction to enforce the terms of this Stipulation and to order entry of judgment upon a showing of default in the performance of this Stipulation.

Dated: July 16, 2021

KAZEROUNI LAW GROUP, APC

By: /s/ David J. McGlothlin
    David J. McGlothlin, Esq.
    Attorney for Plaintiffs

Dated: July 26, 2021

ANOVOS PRODUCTIONS, LLC
a California limited liability company

By: _____

Print Name: DANA GASSER

Its: COO

By: _____

Print Name: JOSE SALCEDO

Its: CEO