1
2
3
4

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

5
6

| | |
|---|---|
| RICHARD DALTON, MATTHEW FERNANDES, ANDRE JOSEPH ALEXANDER ALONSO, AND RANDOLPH JONES, individually and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>    v.<br><br>ANOVOS PRODUCTIONS, LLC, DISNEY LUCAS FILM LTD., NBC UNIVERSAL MEDIA, LLC AND CBS STUDIOS, INC.<br><br>Defendants. | CASE NO. 2:19-CV-04821-MWF-KS<br><br>**[PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41** |

7
8
9
10
11
12
13
14
15
16
17
18
19

Based upon the Joint Stipulation for Entry of Judgment filed by Plaintiffs, and good cause appearing, this Court hereby orders (1) the above-captioned case Dismissed without prejudice as to Plaintiffs individually, with Plaintiffs to file a motion to dismiss with prejudice or a motion to reopen by August 1, 2022; and (2) the above-captioned case Dismissed without prejudice as to the proposed class.

20
21
22
23

**IT IS SO ORDERED.**

24
25
26

Dated: _____          _____

27

**HON. Michael W. Fitzgerald**
UNITED STATES DISTRICT JUDGE

28