JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DALTON, MATTHEW FERNANDES, ANDRE JOSEPH ALEXANDER ALONSO, AND RANDOLPH JONES, individually and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>ANOVOS PRODUCTIONS, LLC, DISNEY LUCAS FILM LTD., NBC UNIVERSAL MEDIA, LLC AND CBS STUDIOS, INC.<br><br>Defendants. | Case No. 2:19-cv-04821-MWF-KS<br><br>**Order to Dismiss Action Without Prejudice Pursuant to FRCP 41** |

Based upon the Joint Stipulation for Entry of Judgment filed by Plaintiffs, and good cause appearing, this Court hereby orders (1) the above-captioned case dismissed without prejudice as to Plaintiffs individually, with Plaintiffs to file a motion to dismiss with prejudice or a motion to reopen by August 1, 2022; and (2) the above-captioned case dismissed without prejudice as to the proposed class.

**IT IS SO ORDERED.**

Dated: August 5, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge